RECEIPT #_____
AMOUNT $ _ιιι_ ___
SUMMONS ISSUED_N____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. _CMG___
DATE 2·25·05_____

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 25  P 1:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHAMPION MORTGAGE, A DIVISION ) 
OF KEY BANK, USA, )
)
Plaintiff, )
) Civil No.
v. ) 05 CV 10375 WGY
)
IDA M. GREEN, ESTATE OF JAMES C. )
GREEN, JR., MASSACHUSETTS )
DEPARTMENT OF REVENUE - ESTATE TAX )
DIVISION, FAIR LABOR AND BUSINESS )
PRACTICES DIVISION OF THE OFFICE      MAGISTRATE JUDGE *Bowler*
OF THE MASSACHUSETTS ATTORNEY )
GENERAL, GLORIA ROSCOE, FRANCISCO )
DePINA, and THE UNITED STATES )
OF AMERICA, )
)
Defendants. )

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United

States Attorney for the District of Massachusetts, respectfully states as follows:

1. The United States of America has been named as a defendant to the civil action that is

now pending in the Superior Court Department, Suffolk County, for the Commonwealth of

Massachusetts, entitled Champion Mortgage v. Ida M. Green, et. al., Case No. 04-04291-A.

2. This action is removable to the United States District Court for the District of

Massachusetts, pursuant to 28 U.S.C. § § 1441, 1442 and/or 1444.

3. No prior removal of this action has been attempted.

- 2 -

4. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b) as the

United States has thirty days from the date of service to remove to federal court.

5. Copies of all pleadings received by the defendant United States in this proceeding are

attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

2/25/05 . *[signature]*

BARBARA HEALY SMITH
Assistant United States Attorney

*[signature]*
LYDIA BOTTOME TURANCHIK

*[signature]*
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

Edward McCarthy
Rosen & McCarthy
4 Whittier Road
Natick, Massachusetts 01760

Ida M. Green
1709 Deerwood Drive
Augusta, Georgia 30906

Estate of James Green
263 Kennebec Street
Mattapan, Massachusetts 02126

Massachusetts Department of Revenue
Litigation Bureau
P.O Box 9565
100 Cambridge Street
Boston, Massachusetts 02114

Massachusetts Department of Revenue
Estate Tax Division
100 Cambridge Street
Boston, Massachusetts 02114

Office of the Attorney General
Fair Labor and Business Practices Division
200 Portland Street
Boston, Massachusetts 02114

Gloria Roscoe
33 Wales Street
#201
Dorchester, Massachusetts 02124

Francisco DePina
282 Walnut Ave.
#3
Roxbury, Massachusetts 02114

# Commonwealth of Massachusetts

RECEIVED
U.S. ATTORNEY
SUPERIOR COURT DEPART
OF THE TRIAL COURT
CIVIL ACTION 55 PM '05

SUFFOLK, ss.

No. 04-5291

Champion Mortgage,
a division of Key Bank, USA National Assoc., Plaintiff(s)

v.

Internal Revenue Service , Defendant(s)

## SUMMONS

**To the above-named Defendant:**

You are hereby summoned and required to serve upon ___Edward P. McCarthy___

___Rosen & McCarthy, LLP___

plaintiff's attorney, whose address is _4 Whittier Road, Natick, MA  01760___ , an

the complaint which is herewith served upon you, within 20 days after service of this summons

exclusive of the day of service. If you fail to do so, judgment by default will be taken against

relief demanded in the complaint. You are also required to file your answer to the complaint i

of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a

time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any c

you may have against the plaintiff which arises out of the transaction or occurrence that is

matter of the plaintiff's claim or you will thereafter be barred from making such claim in any ot

Witness, __Barbara J. Rouse__, Esquire, at Boston, the _____5th_____

__January_____ , in the year of our Lord two thousand __Five_____

*Michael Joseph Dono.*
                                        Clerk

**NOTES.**

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used fo
each should be addressed to the particular defendant.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office.

A true copy Attest:



1-10-05

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.

CHAMPION MORTGAGE, A DIVISION OF
KEY BANK, USA NATIONAL ASSOCIATION
     Plaintiff )
)
)
)
VS. )
)
)

IDA M. GREEN, ESTATE OF
JAMES C. GREEN, JR., MASSACHUSETTS
DEPARTMENT OF REVENUE,
INTERNAL REVENUE SERVICE,
MASSACHUSETTS DEPARTMENT OF
REVENUE – ESTATE TAX DIVISION,
FAIR LABOR AND BUSINESS PRACTICES
DIVISION OF THE OFFICE OF THE
MASSACHUSETTS ATTORNEY GENERAL,
GLORIA ROSCOE, FRANCISCO DePINA
     Defendants )
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

### Parties

1.     The Plaintiff, Champion Mortgage, a division of Key Bank, USA National Association ("Champion Mortgage") is a lending institution with a usual place of business of 2 Gatehall Drive, Parsippany, New Jersey 07054.

2.     The Defendant, Ida M. Green, is an individual with a last known mailing address of 1709 Deerwood Drive, Augusta, Georgia 30906.

3.     The Defendant, The Estate of James C. Green, Jr., has a last known mailing address of 263 Kennebec Street, Mattapan, Massachusetts 02126.

4.  The Defendant, Massachusetts Department of Revenue, is a Massachusetts state agency with a usual place of business at 100 Cambridge Street, Boston, Massachusetts 02114.

5.  The Defendant, the Internal Revenue Service, is a federal agency with a usual place of business of Room 800, P.O. Box 9112, JFK Federal Building, Boston Massachusetts 02203.

6.  The Defendant, the Massachusetts Department of Revenue and the Fair Labor and Business Practices Division of the Attorney General's Office, is a Massachusetts state agency with a usual place of business of 200 Portland Street, Boston, Massachusetts 02114.

7.  The Defendant, Gloria Roscoe, is an individual with a last known mailing address of 33 Wales Street #201, Dorchester, Massachusetts 02124.

8.  The Defendant, Francisco DePina, is an individual with a last know mailing address of 282 Walnut Avenue #3, Roxbury, Massachusetts 02118.

9.  The Defendant, Massachusetts Department of Revenue – Estate Tax Division, is a Massachusetts state agency with a usual place of business at 100 Cambridge Street, Boston, Massachusetts 02114.

### Facts

10. On or about October 20, 2000, the Plaintiff, Champion Mortgage Company, Inc. (n/k/a Champion Mortgage, a division of KeyBank, USA, National Association), loaned to James C. Green, Jr. and Ida M. Green, the sum of $122,500.00.

11.   The said Promissory Note was secured by a First Mortgage dated October 20, 2000 in the original principal amount of $122,500.00. Said mortgage was recorded on October 25, 2000 with said Registry in Book 25482, Page 67. **(Exhibit A)**

12.   The First Mortgage secured the real estate located 263 Kennebec Street, Mattapan, Massachusetts.

13.   James C. Green, Jr. and Ida M. Green defaulted on the Promissory Note and Mortgage and Champion Mortgage, a division of KeyBank, USA National Association instituted proceedings for foreclosure on 263 Kennebec Street, Mattapan, Massachusetts in accordance with Massachusetts General Laws, Chapter 244 and all other applicable statutes of the Commonwealth of Massachusetts.

14.   On or about June 17, 2004, Champion Mortgage, a division of KeyBank, USA National Association sold the property located at 263 Kennebec Street, Mattapan, Massachusetts at a foreclosure sale in accordance with Massachusetts General Laws, Chapter 244 and all other applicable statutes of the Commonwealth of Massachusetts. Champion Mortgage sold the Mortgaged Property to David E. McDonald for $252,000.00, which was the highest bid.

15.   After subtracting $176,986.86 due to Champion Mortgage for all principal, interest and reasonable costs and attorney's fees, pursuant to its Note and Mortgage, there remained surplus funds in the amount of $75,013.14.

16.   The following persons, the Defendants herein, appear of record to have an interest in the foreclosure surplus held by Champion:

A.   The Defendant, Ida M. Green, was an Owner of Record with James C. Green, Jr. as tenants by the entirety of 263 Kennebec Street, Mattapan,

Massachusetts 02126 by Deed recorded in Book 25385, Page 34 with the Suffolk Registry of Deeds. **(Exhibit B)**

B.      The Defendant, The Estate of James C. Green, Jr., is the successor to possible interests of the Debtor. James C. Green, Jr., was an Owner of Record with Ida M. Green as tenants by the entirety of 263 Kennebec Street, Mattapan, Massachusetts 02126 by Deed recorded with the Suffolk Registry of Deeds in Book 25385, Page 34. **(Exhibit B)** James C. Green, Jr. also held a Declaration of Homestead on said property dated March 19, 2001 recorded with said Registry of Deeds at Book 26022, Page 217. **(Exhibit C).** James C. Green, Jr. died May 16, 2004.

C.      The Defendant, Massachusetts Department of Revenue, is the holder of a Lien for Income Taxes by Lien recorded on January 23, 2001 in the amount of $11,541.85 with said Registry in Book 25795, Page 109. **(Exhibit D)**

D.      The Defendant, the Internal Revenue Service, is the holder of a Federal Tax Lien dated May 11, 2001 in the amount of $15,312.99 and recorded with said Registry on May 21, 2001 at Book 26353, Page 62. **(Exhibit E)**

E.      The Defendant, the Internal Revenue Service, is the holder of a Federal Tax Lien dated May 11, 2001 in the amount of $94,148.87 and recorded with said Registry on May 21, 2001 at Book 26353, Page 63. **(Exhibit F)**

F.      The Defendant, the Massachusetts Department of Revenue and the Fair Labor and Business Practices Division of the Attorney General's Office, is the holder of a Massachusetts Tax Lien for Wage Violations recorded with said Registry on July 25, 2002 at Book 28977, Page 319. **(Exhibit G)**

G.   The Defendant, Massachusetts Department of Revenue, is the holder of a Lien for Income Taxes by Lien recorded on August 19, 2002 in the amount of $11.20 with said Registry in Book 29145, Page 142. (**Exhibit H**)

H.   The Defendant, Gloria Roscoe, filed a Writ of Attachment from Boston Municipal Court Civil Action No. 004153 dated August 26, 2002 in the amount of $60,000.00 with said Registry of Deeds on August 27, 2002 in Book 29212, Page 333. (**Exhibit I**)

I.   The Defendant, Francisco DePina, filed a Writ of Attachment from Boston Municipal Court Civil Action No. 005492 dated November 8, 2002 in the amount of $14,000.00 with said Registry of Deeds on November 12, 2002 in Book 29808, Page 331. (**Exhibit J**)

J.   The Defendant, Massachusetts Department of Revenue – Estate Tax Division, is the holder of an unrecorded lien on the property for possible estate taxes from the death of James C. Green, Jr., on May 16, 2004.

17.   By reason of the possible conflicting claims of the Defendants, the Plaintiff, Champion Mortgage, is in doubt as to which Defendants are entitled to the surplus proceeds of $75,013.14 from the sale of 263 Kennebec Street, Mattapan, Massachusetts.

WHEREFORE, the Plaintiff, Champion Mortgage, requests that:

(1)   The Court adjudge which Defendant, or Defendants, is/are entitled to the payment of those surplus funds held by the Plaintiff, Champion Mortgage, from the sale of 263 Kennebec Street, Mattapan, Massachusetts;

(2)   The Plaintiff, Champion Mortgage, be permitted to pay the surplus funds held by it, to wit, $75,013.14, less costs, expenses and attorney's fees incurred by Champion Mortgage in this action, into Court and that said Plaintiff be discharged from any further liability to the Defendants; and,

(3)   The Plaintiff be awarded its reasonable costs and attorney's fees pursuant to the within Interpleader action.

(4)    That this Honorable Court grant such other and further relief as it deems necessary and just.

Dated: December 2, 2004

Respectfully submitted,

Champion Mortgage, a division of
Key Bank, USA National Association,
By its attorney,

Edward P. McCarthy
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
(508) 907-6444
BBO #555115

6

# EXHIBIT A



25482   067

CHAMPION MORTGAGE CO., INC., 20 WATERVIEW BOULEVARD, PARSIPPANY, NEW JERSEY 07205

| SUFFOLK COUNTY OF DEED: | Cust# 1171405 |
| --- | --- |

2000 OCT 25 AM 11: 39

Paul R. Tierney
REGISTER OF DEEDS

Cushing ? Dolan
520 Gresdene Hwy #700
Norwood, MA 01012

[Space Above This Line For Recording Data]

## MASSACHUSETTS FIXED RATE PAYMENT MORTGAGE - FIRST OR SECOND LIEN

THIS MORTGAGE ("Security Instrument") is given on OCTOBER 20, 2000. The mortgagor is JAMES C. GREEN, JR. , IDA M. GREEN whose address is 263 KENNEBEC STREET, MATTAPAN, MA 02126 ("Borrower"). This Security Instrument is given to Champion Mortgage Co., Inc., which is organized and existing under the laws of New Jersey, and whose address is 20 Waterview Boulevard, Parsippany, New Jersey 07054-T267 ("Lender"). Borrower owes Lender the principal sum of ONE HUNDRED TWENTY TWO THOUSAND FIVE HUNDRED AND 00/100 Dollars (U.S. $122,500.00). This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on OCTOBER 25, 2020. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender, with the STATUTORY POWER OF SALE, the following described property located in the County of SUFFOLK, Massachusetts:

-See Schedule A Attached Hereto and Made a Part Hereof-

which has the address of 263 KENNEBEC STREET, MATTAPAN, MA, ("Property Address").

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property".

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

Borrower and Lender covenant and agree as follows:

1.    Payment of Principal and Interest; Prepayment and Late Charges.

Borrower shall promptly pay when due the principal of and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note.

2.    Funds for Taxes and Insurance.

Subject to applicable law or to a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; (e) yearly mortgage insurance premiums, if any; and (f) any sums payable by Borrower to Lender, in accordance with the provisions of paragraph 8, in lieu of the payment of mortgage insurance premiums. These items are called "Escrow Items". Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. § 2601 et seq. ("RESPA"), unless another law that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law. Borrower shall not be obligated to make such payments of Funds to Lender to the extent that Borrower makes payment of such Escrow Items to the holder or servicer of a mortgage encumbering the Property which has priority over this Security Instrument and which was approved by Lender at the time of origination of this Security Instrument (an "Approved Senior Security Instrument").

25482   072

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

In Witness Whereof, Borrower has signed and sealed this Security Instrument.

_JAMES C. GREEN, JR._

_IDA M. GREEN_

Witness: _____

COMMONWEALTH OF MASSACHUSETTS    }
                                              } ss.
COUNTY OF NORFOLK                   }

On this 20th day of OCTOBER, 2000 before me personally appeared JAMES C. GREEN, JR. , IDA M. GREEN to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged that he/she/they executed the same as his/her/their free act and deed.

Notary Public
My Commission Expires: _____

Gregory J. Donovan
NOTARY PUBLIC
My Commission Expires
June 25, 2004

Record and Return to:

Champion Mortgage Company, Inc.
20 Waterview Boulevard
Parsippany, New Jersey 07054-1267

ELEC. MA Interest Last Massachusetts Fixed Rate Payment Mortgage electronically certified as an original Loan Doc. Rev 4.53        Page 6 of 6        Doc Id 74306

2548 2   073

sic (Book 3640)

EXHIBIT A

263 KENNEBEC STREET, MATTAPAN, MA

the land with the building thereon situated in Mattapan District of the

City of Boston, Suffolk County, Massachusetts, and consisting of Lots 96, 97, 98 on a plan of Mattapan Villa, made by F.T. Westcott, C.E., dated June 1912, and recorded with Suffolk Deeds at the end of description of said land.

Subject to easements, restrictions and conditions of record, if any, thereto, now in force and applicable.

For our reference see deed recorded at Suffolk Deeds, Instrument No. 220.  Deed is dated September 25, 2000.

2 5385: 34

# EXHIBIT B

25385  034  MASSACHUSETTS QUITCLAIM DEED SHORT FORM (INDIVIDUAL) (a)

220

I, JAMES C. GREEN, JR. Trustee of the James Green Realty Trust

of 263 Kennebec Street, Mattapan  Suffolk  County, Massachusetts,

being unmarried, for consideration paid, and in full consideration of less than $100.00

grant to JAMES C. GREEN, JR. and IDA M. GREEN as Tenants by the Entirety

of 263 Kennebec Street, Mattapan  with quitclaim covenants

the land xxx with the building thereon situated in Mattapan District of

[Description and encumbrances, if any]

the City of Boston, Suffolk County, Massachusetts, and consisting of
Lots 96, 97, 98 on a plan of Mattapan Villa, made by F.T. Westcott,
C.E., dated June 1912, and recorded with Suffolk Deeds at the end of
description of said land.

Subject to easements, restrictions and conditions of record, if any,
thereto, now in force and applicable.

For my title see deed recorded at Suffolk Deeds, Book 20937, Page
077. Deed is dated October 2, 1996.

The Trust is dated December 31, 1974 and recorded at Suffolk Deeds
Book 8762, Page 101.

BOOK
3640

Witness my hand  and seal  this  20  day of  September  19 2000

_____
JAMES C. GREEN, JR., Trustee

The Commonwealth of Massachusetts

SUFFOLK  ss.  SEPTEMBER  20, 19 2000

Then personally appeared the above named  JAMES C. GREEN, JR., Trustee

and acknowledged the foregoing instrument to be  his  free act and deed before me

_____
MARIANNE MONTI SHEEHAN  Notary Public

My commission expires  12/24/2004  xx

(*Individual — Joint Tenants — Tenants in Common.)

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor, if not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

# EXHIBIT C

17

## PAUL R. TIERNEY, ESQ., REGISTER
## SUFFOLK COUNTY REGISTRY OF DEEDS
### BOSTON   CHELSEA   WINTHROP   REVERE

### *Declaration of Homestead*        201

KNOW ALL MEN BY THESE PRESENTS THAT:

I, _James C. Green Sr._ of _263 Revere Street_

(PLEASE PRINT NAME OF INDIVIDUAL HOMEOWNER)   (PLEASE PRINT THE CITY WHERE PROPERTY IS LOCATED)

County of Suffolk and Commonwealth of Massachusetts, as a Householder and being entitled to an estate of Homestead in the land and buildings thereon hereinafter described, do declare that I own and am possessed and occupy, or intend to occupy or possess, said premises as my principal residence and homestead under Massachusetts General Laws, Chapter 188 as amended, to wit:

(DESCRIPTION OF PROPERTY)

**INCORRECT**

Book Number: _8551_          Number/Street: _263 Revere Street_

Page Number: _61_            City/Town: _Mattapan MA 02121_

Registered Land
Certificate of Title Number _____

**Should be
25385-34**

WITNESS my hand and seal this _19_ day of _March_ 200_1_

X _____          _James C. Green_
(Signature of Witness)                (Signature of Individual Homeowner)

### THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Then personally appeared the above named _James C. Green_
and acknowledged the foregoing instrument to be (his) (her) (their) free act and deed, before me.

_____
(Notary Public/Justice of the Peace)
My commission expires _8/25/07_
_Arthur K. Rich_

After recording, please return to:

NAME _James C. Green_

ADDRESS _263 Revere Street_

CITY/STATE _Mattapan MA_ COUNTY _Dukes_

TO RECORD BY MAIL, SEND FORM AND FILING FEE TO:

PAUL R. TIERNEY, ESQ., REGISTER OF DEEDS
SUFFOLK REGISTRY OF DEEDS
24 NEW CHARDON STREET
P.O. BOX 9660
BOSTON, MA 02114-9660

26022  217

SUFFOLK REGISTRY OF DEEDS
RECORDED
2001 MAR 19  AM 11 52
Paul R. Tierney
REGISTER

# EXHIBIT D

16

Commonwealth of Massachusetts Department of Revenue 25795   109

# NOTICE OF MASSACHUSETTS TAX LIEN

No. 0440 4000 1353

Pursuant to the provisions of Section 50 of Chapter 62C of the General Laws, notice is hereby given that there have been assessed against the following-named taxpayer taxes (including interest and penalties) which remain unpaid, and that the amount of said taxes is a lien in favor of the Commonwealth of Massachusetts upon all property and rights to property belonging to said taxpayer.

JAMES C. GREEN JR    259 56 3285    IDA M GREEN    259 681 033
263 KENNEBEC ST
MATTAPAN, MA 02126

66

| Tax Type | Period End Date | Assessment Date | Assessment Amounts | Statutory Additions | Balance Due |
|---|---|---|---|---|---|
| INCOME | 12/31/97 | 10/15/98 | $0.00 | $11.28 | $11.28 |
|  | 12/31/99 | 04/15/00 | $10,952.00 | $1,578.57 | $11,530.57 |

REC'D SUFFOLK REGISTRY OF DEEDS
ENDO: DIST/ERA MATTEU
2001 JAN 23 AM 9: 32
Paul R. Tierney
REGISTER OF DEEDS

TOTAL    $11,541.85

## PLACE OF FILING

Registry of Deeds    SUFFOLK COUNTY, BOSTON, MA

Clerk–City or Town Hall

Secretary of State–Boston, Ma.

NOCH COLLECTIONS BUREAU
P. O. BOX 7021
BOSTON, MA 02204

Signature

Title   DEPUTY COMMISSIONER

ERIC GUSTAFSON
TAX EXAMINER

FROM US ATTORNEY'S OFFICE    6177485971    T-039   P.021/034   F-111

# EXHIBIT E

26350  062

| Form 668 (Y)(c) | 498 | Department of the Treasury - Internal Revenue Service | | 315 |
| Rev. October 2000) | | **Notice of Federal Tax Lien** | | |

**Area:**
SMALL BUSINESS/SELF EMPLOYED AREA 11
Lien Unit Phone: (617) 316-2575

**Serial Number**
·40189701

**For Optional Use by Recording Office**

As provided by section 6321, 6322, and 6323 of the Internal Revenue
Code, we are giving a notice that taxes (including interest and penalties)
have been assessed against the following-named taxpayer. We have made
a demand for payment of this liability, but it remains unpaid. Therefore,
there is a lien in favor of the United States on all property and rights to
property belonging to this taxpayer for the amount of these taxes, and
additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** JAMES C GREEN JR

**Residence**     263 KENNEBEC ST
          MATTAPAN, MA 2126

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below,
unless notice of the lien is refiled by the date given in column (e), this notice shall,
on the day following such date, operate as a certificate of release as defined
in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/1998 | 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 | 12/27/1999 | 01/26/2010 | 15312.99 |

**Place of Filing**
Registry of Deeds
Suffolk County
Boston, MA  02114

**Total** | $ | 15312.99

This notice was prepared and signed at     Boston, MA     , on this,

the     11th     day of     May     2001.

**Signature**                        **Title**
          for JAMES KELLY 04-03450          Revenue Officer          04-01-3505
                                  (617) 770-3506

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

# EXHIBIT F

498  25359  063  316

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Form 668 (Y)(c)
(Rev. October 2000)

**Area:**
SMALL BUSINESS/SELF EMPLOYED AREA #1
Lien Unit Phone: (617) 316-2575

**Serial Number**
40129700

**For Optional Use by Recording Office**

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** JAMES C JR & IDA M GREEN

**Residence**  263 KENNEBEC ST
MATTAPAN, MA 02126-1105

Paul R. Tierney
REGISTER OF DEEDS
2001 MAY 21  AM 11:44
SUFFOLK REGISTRY OF DEEDS
RECORDED TO EXAMINATTEST

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | 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 | 05/29/2000 | 06/28/2010 | 94148.87 |

**Place of Filing**
Registry of Deeds
Suffolk County
Boston, MA  02114

**Total $**  94148.87

This notice was prepared and signed at  Boston, MA  , on this,

the  11th  day of  May  ,  2001 .

**Signature**
for JAMES KELLY 04-03450

**Title**
Revenue Officer  04-01-3505
(617) 770-3506

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Kept By Recording Office  Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

# EXHIBIT G

21

26977   319                                      126

# Commonwealth of Massachusetts

### NOTICE OF MASSACHUSETTS TAX LIEN

*Pursuant to the provisions of Section 50 of Chapter 62C of the General Laws,
notice is hereby given that penalties have been assessed against the following-named
employer which remain unpaid, and that the amount, together with interest, is a tax lien in
favor of the Commonwealth of Massachusetts pursuant to G.L. c.149, §27C(b)(7)
on upon all property and rights to property belonging to said employer.*

| | | | |
|---|---|---|---|
| Name: | James C. Green, Jr. | Company: | Warren Street Mobil, Inc. |
| Address: | 263 Kennebec Street | Address: | |
| | Mattapan, MA 02126 | | |
| SS#: | 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 | ID#: | 04-2609030 |

Date of Lien: 7/15/02
Lien Number: 020022
Lien Type:   Wage Violation, Civil Citation #MW020015
Assessment Date: 7/15/02
Penalty Amount: $330.00
Restitution Amount: $366.19
Statutory Additions: Interest at 18% per annum from Assessment Date

Book — 35385
PG — 34

**PLACE OF FILING**
    Registry of Deeds:   Suffolk County
    Clerk-City or Town Hall:   Boston
    Secretary of State

Date Filed:

Return to:
Noreen Kelly
Attorney Generals office
Fair Labor + Business Practices
200 Portland st
Boston MA 02114

*Daniel S. Field*

Daniel S. Field
Division Chief
Fair Labor and Business Practices Division
Office of the Attorney General
200 Portland Street
Boston, MA 02114

NC

*For penalty payment information, please contact the Massachusetts Department of Revenue,
Compliance Bureau, P.O. Box 7021, Boston, MA. 02204, 617-887-6156.*

*For restitution payment information or other questions, please contact the Office of the Attorney
General, Fair Labor and Business Practices Division, 200 Portland Street, Boston, MA 02114,
617-727-2200 x3259.*

# EXHIBIT H

29145   142

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE

Lien Number: 0440 4600 1515
Taxpayer ID Number: 259 365 265
Spouse's ID Number: 259 651 033

## NOTICE OF MASSACHUSETTS TAX LIEN   139

JAMES C. GREEN JR          IDA M GREEN
263 KENNEBEC ST
MATTAPAN, MA 02126

**PLACE OF FILING**
Registry of Deeds:     SUFFOLK COUNTY, BOSTON, MA
Secretary of State:    BOSTON, MA

Pursuant to the provisions of Section 50 of Chapter 62c of the General Laws, notice is hereby given that there
have been assessed against the following-named taxpayer taxes (including interest and penalties) which remain
unpaid, and that the amount of said taxes is a lien in favor of the Commonwealth of Massachusetts upon all
property and rights to property belonging to said taxpayer.

| Tax Type | Period End Date | Assessment Date | Assessment Amount | Statutory Additions | Balance Due |
|----------|-----------------|-----------------|-------------------|---------------------|-------------|
| INCOME   | 12/31/99        | 04/15/00        | $0.00             | $11.20              | $11.20      |
|          |                 |                 |                   | TOTAL:              | $11.20      |



MDOR-Collections Bureau
P. O. Box 7021
Boston, MA 02204

Tax Examiner: Catherine Viera

Deputy Commissioner

# EXHIBIT I

27

29212   333.

## Commonwealth of Massachusetts   522

### TRIAL COURT OF THE COMMONWEALTH
### BOSTON MUNICIPAL COURT DEPARTMENT — CIVIL DIVISION
Suffolk. ss.                                    WRIT OF ATTACHMENT

Gloria Roscoe ..............................
............................    Plaintiff        Civil No. 004153

James C. Green, Sr. ......................
............................    Defendant

To the Sheriffs of our several Counties or their Deputies, or a Constable
of any City or Town within the Commonwealth:

WE COMMAND you to attach the goods or estate of Defendant ...James C. Green Sr.
............................................... of 265 Kennebeck Street Mattapan .. to the

value of $60,000 (the amount authorized), as prayed for by Plaintiff ...Gloria Roscoe .................
....................................................... of Dorchester ................................., whose attorney

is ...Ronald D. McKenzie ......... of ...Boston .................................. in

as action brought by said Plaintiff ...Gloria Roscoe .......................................... against said

Defendant ...James C. Green, Sr. ................................................ in the Boston Municipal Court

Department for Civil Business, and make due return of this writ with your doings thereon.

The complaint in this case was filed on ...January 26, 2002 ......................, 19 ......

This attachment was approved on ...August ..........................., 2002, by ...................................

..........................................., J., in the amount of $ ......................................

WITNESS, William J. Tierney, Esquire at Boston, the .................................... day of
......................................................., 19 ..........

_Michael J. Coleman_
Clerk/Magistrate

Date .......................
After notice, hearing and permission to appoint a keeper over
attached property or defendant

..........................................

Description of property

.......................................
is hereby granted
............................
Justice at ....

Date 5/26/02 ....................
(after ex parte approval)
After notice and hearing, permission is hereby given to make an
attachment of the real estate of the defendant in ..........................
.......................................................
County in the sum of $ 60,000 ......................
............ Peter Bever ................

### PROOF OF ATTACHMENT

I hereby certify and return that on ......................................................., 19 .......... I attached
the property of the within-named defendant in the following manner:

.............................................................................
.............................. A true copy Attest

_(signature)_

Dated ...................................................., 19 ..........        Deputy Sheriff Suffolk County
N.B. to Process Server:

When an attachment is made subsequent to service of the summons and complaint upon the defendant, a copy of the writ
of attachment with your return thereon must be promptly served upon the defendant in the manner provided by Rule 5.

Form 2144/9/91

29212    334

Suffolk, SS.                                    Boston August 27, 2002

I this day at 2:37 pm attached all the right, title and interest that the within named

James C. Green, Jr.

has in and to any and all real estate in the County of Suffolk,.

*Deputy Sheriff*

Suffolk Deputy Sheriffs
45 Bromfield Street
Boston, MA 02108

# EXHIBIT J

144

BOSTON MUNICIPAL COURT
—CIVIL BUSINESS

## Commonwealth of Massachusetts

### TRIAL COURT OF THE COMMONWEALTH
### BOSTON MUNICIPAL COURT DEPARTMENT — CIVIL DIVISION

005492

Suffolk, ss,

WRIT OF ATTACHMENT

Francisco De Pina
.................................... Plaintiff

Civil No.

James C. Green
.................................... Defendant

*To the Sheriffs of our several Counties or their Deputies, or a Constable of any City or Town within the Commonwealth:*

WE COMMAND you to attach the goods or estate of Defendant ... James C. Green

of 263 Keachen St., Mattapan, MA, to the

value of $ ................ (the amount authorized), as prayed for by Plaintiff Francisco De Pina

of 282 Walnut Ave., #5, Roxbury, MA whose attorney

is Michael Ford, Law Office of William Ford of 21 Custom House St., Boston, MA in

an action brought by said Plaintiff Francisco De Pina against said

Defendant James C. Green in the Boston Municipal Court

Department for Civil Business, and make due return of this writ with your doings thereon.

The complaint in this case was filed on November 7

This attachment was approved on ................................ , 19 ........ , by ........................

CHARLES R. JOHNSON
........................................................ , J., In the amount of $ ........................

WITNESS, William J. Tierney, Esquire at Boston, the ........................................ day of

........................................ , 19 ........

Michael J. Coleman
Clerk/Magistrate

| |
|---|
| Date ........................ |
| After notice, and hearing, permission to appoint a keeper over attached property of the defendant ........................ |
| $ ........................ |
| to wit: ........................ |
| (description of property) |
| ........................ |
| located at ........................ |
| is hereby granted. |
| Justice ........................ |

Date 11/8/02
(after ex parte approval)
After notice and hearing, permission is hereby given to make an attachment of the real estate of the defendant in ........................

County in the sum of $ 19,000

Justice Value Bruni

### PROOF OF ATTACHMENT

I hereby certify and return that on ........................................ , 19 ........ , I attached
the property of the within-named defendant in the following manner:

........................................................

A true copy Attest:

........................................................

Deputy Sheriff Suffolk County

Dated ........................................ , 19 ........

N.B. to Process Server:

When an attachment is made subsequent to service of the summons and complaint upon the defendant, a copy of the writ of attachment with your return thereon must be promptly served upon the defendant in the manner provided by Rule 5.

Form 2/AU/9/91

Suffolk, SS.                                   Boston November 8, 2002

I this day at 4:05 pm attached all the right, title and interest that the within named

James C. Green

has in and to any and all real estate in the County of Suffolk..


                                          Deputy Sheriff


Suffolk Deputy Sheriffs
45 Bromfield Street
Boston, MA 02108

**05** CV **10375 WGY**

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Champion Morgage

2005 FEB 25 P 1:30

**DEFENDANTS**

United States, et al.,

APPENDIX B  CIVIL COVER SHEET

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

U.S. DISTRICT COURT
DISTRICT OF MASS.

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Edward McCarthy
Rosen & McCarthy
4 Whittier Rd.
Natick, MA 01760

Attorneys (If Known)

Lydia B. Turanchik, Trial Attorney, Tax. Div.
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
     Plaintiff

☐ 3  Federal Question
     (U.S. Government Not a Party)

☒ 2  U.S. Government
     Defendant

☐ 4  Diversity
     (Indicate Citizenship of Parties
     in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  & Enforcement of<br>  Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excl. Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☐ 320 Assault, Libel &<br>  Slander<br>☐ 330 Federal Employers'<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal<br>  Injury | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure<br>  of Property 21 USC<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational<br>  Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/<br>  Exchange<br>☐ 875 Customer Challenge<br>  12 USC 3410 |
| **REAL PROPERTY** | **PERSONAL INJURY**<br>☐ 362 Personal Injury —<br>  Med. Malpractice<br>☐ 365 Personal Injury —<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product<br>  Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | **LABOR**<br>☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting<br>  & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc.<br>  Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS —Third Party<br>  26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of<br>  Information Act<br>☐ 900 Appeal of Fee<br>  Determination Under Equal Access to<br>  Justice<br>☐ 950 Constitutionality of<br>  State Statutes<br>☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☒ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate<br>  Sentence<br>  Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  Original
     Proceeding

☒ 2  Removed from
     State Court

☐ 3  Remanded from
     Appellate Court

☐ 4  Reinstated or
     Reopened

☐ 5  Transferred from
     another district
     (specify)

☐ 6  Multidistrict
     Litigation

☐ 7  Appeal to
     District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Sec.2410

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
  UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____    DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD

Lidia Bttema Turanchik    2/22/05

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUN _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

05   10375 WGY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX C   LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

_____

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL

   COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

   ___   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

    X    III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___   V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES.  (SEE LOCAL RULE 40.1(G)).  IF MORE THAN ONE PRIOR RELATED CASE
   HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
   COURT?
                                                        YES ☐     NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
   PUBLIC INTEREST?   (SEE 28 USC §2403)
                                                        YES ☐     NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                        YES ☐     NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
   28 USC §2284?
                                                        YES ☐     NO ☒

7. DO ALL OF THE PARTIES  IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
   COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"),  RESIDING IN MASSACHUSETTS RESIDE IN THE
   SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                        YES ☒     NO ☐

      A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

           EASTERN DIVISION ☒      CENTRAL DIVISION ☐      WESTERN DIVISION ☐

      B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
           GOVERNMENTAL AGENCIES,  RESIDING IN MASSACHUSETTS RESIDE?

           EASTERN DIVISION ☐      CENTRAL DIVISION ☐      WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   Lydia B. Turanchik, Trial Attorney, Tax Division, U.S. Dept. of Justice

ADDRESS   P.O. Box 55, Ben Franklin Station, Washington, DC 20044

TELEPHONE NO.  (202) 307-6560

(AppendixC.wpd - 11/27/00)