IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
OFFICE

_____ 25  P 1:30

U.S. DISTR
DISTRICT  MASS

| | |
|---|---|
| CHAMPION MORTGAGE, A DIVISION OF KEY BANK, USA, | ) ) ) |
| Plaintiff, | ) ) Civil No. _____ |
| v. | ) ) **05 cv 1 0 3 7 5 WGY** ) |
| IDA M. GREEN, ESTATE OF JAMES C. GREEN, JR., MASSACHUSETTS DEPARTMENT OF REVENUE - ESTATE TAX DIVISION, FAIR LABOR AND BUSINESS PRACTICES DIVISION OF THE OFFICE OF THE MASSACHUSETTS ATTORNEY GENERAL, GLORIA ROSCOE, FRANCISCO DePINA, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Lydia Bottome Turanchik, Trial Attorney, Tax Division,

U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044,

as attorney for the United States in the above-referenced proceeding.

I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

2/25/05

_Barbara Healy Smith_
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_Lydia Bottome Turanchik_
LYDIA BOTTOME TURANCHIK
(BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

Edward McCarthy
Rosen & McCarthy
4 Whittier Road
Natick, Massachusetts 01760

Ida M. Green
1709 Deerwood Drive
Augusta, Georgia 30906

Estate of James Green
263 Kennebec Street
Mattapan, Massachusetts 02126

Massachusetts Department of Revenue
Litigation Bureau
P.O Box 9565
100 Cambridge Street
Boston, Massachusetts 02114

Massachusetts Department of Revenue
Estate Tax Division
100 Cambridge Street
Boston, Massachusetts 02114

Office of the Attorney General
Fair Labor and Business Practices Division
200 Portland Street
Boston, Massachusetts 02114

Gloria Roscoe
33 Wales Street
#201
Dorchester, Massachusetts 02124

Francisco DePina
282 Walnut Ave.
#3
Roxbury, Massachusetts 02114