FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

2005 FEB 25 P 1:3

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHAMPION MORTGAGE, A DIVISION OF KEY BANK, USA, ) ) ) | |
| Plaintiff, ) ) | Civil No. 05-10375 WGY |
| v. ) ) | |
| IDA M. GREEN, ESTATE OF JAMES C. GREEN, JR., MASSACHUSETTS DEPARTMENT OF REVENUE - ESTATE TAX DIVISION, FAIR LABOR AND BUSINESS PRACTICES DIVISION OF THE OFFICE OF THE MASSACHUSETTS ATTORNEY GENERAL, GLORIA ROSCOE, FRANCISCO DePINA, and THE UNITED STATES OF AMERICA, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## UNITED STATES' REQUEST TO ENLARGE TIME TO ANSWER OR RESPOND

On, or about, February 25, 2005, the defendant United States of America removed this action to this Court. The defendant United States hereby respectfully requests this Court to enter an order enlarging, to and including April 1, 2005, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

No memorandum is submitted in support of this request as it is not a motion. As provided by Rule 6(b)(1) of the Federal Rules of Civil Procedure, the district court has discretion to grant requests to enlarge time "without motion or notice before the expiration of the period." (emphasis added) In contrast, Rule 6(b)(2) limits enlargements to the granting of motions made upon grounds of excusable neglect. Accordingly, here we are making a timely request under

Rule 6(b)(1).

In making this request, we note that Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses. The governing time period under Rule 81(c) may be as short as five days after removal. Plaintiff's complaint is brought under 28 U.S.C. § 2410 as an action affecting property on which the United States has a lien. Pursuant to 28 U.S.C. § 2410(b), the United States may appear and answer, plead or demur within sixty days after service or such other time as the court may allow. See 28 U.S.C. § 2410(b). The undersigned trial counsel represents that more than five days are required to prepare and to serve an appropriate response raising the defenses of the United States. The period of additional time requested is commensurate with the sixty-day period permitted under 28 U.S.C. § 2410(b), as service was made on the United States on January 31, 2005. Moreover, due to the number of factual and legal issues raised by the complaint, the requested enlargement of time is necessary to prepare a proper response.

Therefore, the United States requests the appropriate sixty-days in which to answer or otherwise respond to the complaint, up to and including April 1, 2005.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

2/25/05   *B.H. Smith*

*Barbara Healy Smith*
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*Lydia Bottome Turanchik*
LYDIA BOTTOME TURANCHIK
(BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

Edward McCarthy
Rosen & McCarthy
4 Whittier Road
Natick, Massachusetts 01760

Ida M. Green
1709 Deerwood Drive
Augusta, Georgia 30906

Estate of James Green
263 Kennebec Street
Mattapan, Massachusetts 02126

Massachusetts Department of Revenue
Litigation Bureau
P.O Box 9565
100 Cambridge Street
Boston, Massachusetts 02114

Massachusetts Department of Revenue
Estate Tax Division
100 Cambridge Street
Boston, Massachusetts 02114

Office of the Attorney General
Fair Labor and Business Practices Division
200 Portland Street
Boston, Massachusetts 02114

Gloria Roscoe
33 Wales Street
#201
Dorchester, Massachusetts 02124

Francisco DePina
282 Walnut Ave.
#3
Roxbury, Massachusetts 02114