# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-5291

Champion Mortgage,
a division of Key Bank, USA National Assoc.
_____, Plaintiff(s)

v.

Ida M. Green  Individually and Representative of
Estate of James C. Green, Jr.
_____, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon  Edward P. McCarthy  Rosen & McCarthy, LLP  plaintiff's attorney, whose address is  4 Whittier Road, Natick, MA  01760  , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**o, Esquire, at Boston, the  5th  day of  January , in the year of our Lord two thousand  Five  .

*Michael Joseph Donovan*
Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM CIV.P. 1 3rd Rev.

STATE OF GEORGIA
COUNTY OF RICHMOND
SHERIFF'S ENTRY OF SERVICE

FILED
CLERKS OFFICE

✓ I have this day served the defendant *Ida M. Green*
✓ personally with a copy of the within action and summons.
*Personal Service 1-12-05 at 0930 hrs.*

I have this day served the defendant_____
by leaving a copy of the action and summons at his most
notorious place of abode in this County.

Delivered same into hands of _____
described as follows age, about _____year; about_____pounds;
about_____feet and _____inches, domiciled at the residence
of defendant.

Served the defendant_____ a
corporation by leaving a copy of the within action and
summons ____ with _____ in charge
of the office and place of doing business of said Corporation in
this County.

I have this day served the above styled affidavit and summons
on the defendant(s) by posting a copy of the same to the door
of the premises designated in said affidavit, and on the same
day of such posting by depositing a truce copy of same in the
_____United States Mail, First Class in an envelope properly
addressed to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon containing
notice to the defendant(s) to answer said summons at the
place     stated in the summons.

Diligent search made and defendant_____
_____not to be found in the jurisdiction of this Court.

12th day of *January*, 2005

*Tommy Price*
Deputy Sheriff
RICHMOND COUNTY, GEORGIA

Subscribed and sworn to before me
13 day of *January*, 2005.

*Mark W. Moon*
Notary Public in and for said County/State
My Commission Expires:_____
NOTARY PUBLIC, COLUMBIA COUNTY, GEORGIA
MY COMMISSION EXPIRES MAY 20, 2008