# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

Champion Mortgage,                     No. __04-5291__
a division of Key Bank, USA National Association
_____, Plaintiff(s)

v.

Massachusetts Department of Revenue
Fair Labor and Business Practices Division
~~of the Attorney General's Office~~ _____, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon __Edward P. McCarthy__
__Rosen & McCarthy, LLP__

plaintiff's attorney, whose address is __4 Whittier Road, Natick, MA 01760__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the __5th__ day of __January__, in the year of our Lord two thousand __2005__.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM CIV.P. 1 3rd Rev.

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

January 20, 2005
I hereby certify and return that on 1/11/2005 at 1:27PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Ms.Chandler,Legal Asst & agent in charge at time of service, for Massachusetts Department Of Revenue, at Fair Labor And Busines Pratices, 200 Portland Street, Division of the Attorney General's Boston, MA 02108. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $37.00

Deputy Sheriff Pierce Waltower, Jr.

*Deputy Sheriff*

**N.B. TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

_____ , 200 \_\_ .

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-5291

Champion Mortgage , Plff(s).

v.

Massachusetts Department of Revenue
Fair Labor and Business Practices Division
of the Attorney General's Office , Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)