UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION MORTGAGE , a Division of Key Bank, USA, )<br><br>Plaintiff, )<br><br>v. )<br><br>IDA M. GREEN, et al., )<br><br>Defendants. ) | CIVIL ACTION<br>No. 05-10375-WGY |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to

copies of the state court pleadings received from the Clerk/Magistrate of the Suffolk

Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: _____
Barbara Healy Smith
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA   02210
(617) 748-3282

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on

March 15, 2005
_____
Assistant U.S. Attorney

MA. 9-2F030912                                                                                    03/02/2005
guen                                                                                              03:00 PM

## Commonwealth of Massachusetts
### SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

# SUCV2004-05291
## Champion Mortgage Div of Key Bank USA National Assoc v Greene et al

| | | | | | | |
|---|---|---|---|---|---|---|
| File Date | 12/06/2004 | Status | Disposed: transfered to other court (dtrans) | | | |
| Status Date | 03/02/2005 | Session | A - Civil A | | | |
| Origin | 1 | Case Type | C99 - Misc real property | | | |
| Lead Case | | Track | F | | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/06/2005 | Answer | 05/05/2005 | Rule12/19/20 | 05/05/2005 |
| Rule 15 | 05/05/2005 | Discovery | 10/02/2005 | Rule 56 | 11/01/2005 |
| Final PTC | 12/01/2005 | Disposition | 01/30/2006 | Jury Trial | No |

### PARTIES

**Plaintiff**
Champion Mortgage Div of Key Bank USA National
Assoc
Active 12/06/2004

**Private Counsel 555115**
Edward P McCarthy
Rosen & McCarthy
4 Whittier Rd
Natick, MA 01760
Phone: 508-907-6444
Fax:
Active 12/07/2004 Notify

**Defendant**
Ida  Greene
Service pending 12/06/2004

**Defendant**
Estate of James C  Green Jr
Service pending 12/06/2004

**Defendant**
Mass Dept of Revenue
Answered: 02/08/2005
Answered 02/08/2005

**Private Counsel 435260**
Eileen Ryan McAuliffe
Mass Revenue Dept
Litigation Bureau 7th Floor
100 Cambridge St
Boston, MA 02114-9565
Phone: 617-626-3217
Fax: 617-626-3245
Active 01/19/2005 Notify

*** See Attorney Information Above ***

MA  20030912
guen

Case 1:05-cv-10375-WGY     Document 11     Filed 03/15/2005     Page 3 of 4

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

03/02/2005
03:00 PM

## SUCV2004-05291
## Champion Mortgage Div of Key Bank USA National Assoc v Greene et al

**Defendant**
Internal Revenue Service
Answered: 02/08/2005
Answered 02/08/2005

*** See Attorney Information Above ***

**Defendant**
Gloria Roscoe
Service pending 12/06/2004

**Defendant**
Francisco DePina
Service pending 12/06/2004

**Defendant**
Mass Dept of Revenue Estate Tax Division
Answered: 02/08/2005
Answered 02/08/2005

**Private Counsel 435260**
Eileen Ryan McAuliffe
Mass Revenue Dept
Litigation Bureau 7th Floor
100 Cambridge St
Boston, MA 02114-9565
Phone: 617-626-3217
Fax: 617-626-3245
Active 02/09/2005 Notify

**Defendant**
Mass Dept of Revenue Fair Labor & Business
Answered: 02/08/2005
Answered 02/08/2005

*** See Attorney Information Above ***

**Out-of-state attorney**
Lydia Bottome Turanchik
P.O.Box 55
Ben Franklin Station
Washington, DC 20044
Phone: 202-307-6560
Active 03/02/2005

MAS 20030912

guen

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

03/02/2005

03:00 PM

## SUCV2004-05291
## Champion Mortgage Div of Key Bank USA National Assoc v Greene et al

| Date | Paper | Text |
|---|---|---|
| 12/06/2004 | 1.0 | Complaint |
| 12/06/2004 | | Origin 1, Type C99, Track F. |
| 12/06/2004 | 2.0 | Civil action cover sheet filed |
| 02/08/2005 | 3.0 | ANSWER: Defendants |
| 02/28/2005 | 4.0 | Certified copy of petition for removal to U. S. Dist. Court of Deft. |
| | | Internal Revenue Service (the United States Of America). U. S. Dist. |
| | | #(05-CV-10375WGY). |
| 03/02/2005 | | Case REMOVED this date to US District Court of Massachusetts |

EVENTS

I HEREBY ATTEST AND CERTIFY ON
MARCH 2, 2005 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY

ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                    SUPERIOR COURT DEPARTMENT
                                                               CIVIL ACTION NO.

CHAMPION MORTGAGE, A DIVISION OF            )
KEY BANK, USA NATIONAL ASSOCIATION          )
          Plaintiff                         )
                                            )
VS.                                         )
                                            )
                                            )
IDA M. GREEN, ESTATE OF                     )
JAMES C. GREEN, JR.,  MASSACHUSETTS         )
DEPARTMENT OF REVENUE,                      )
INTERNAL REVENUE SERVICE,                   )
MASSACHUSETTS DEPARTMENT OF                 )
REVENUE – ESTATE TAX DIVISION,              )
FAIR LABOR AND BUSINESS PRACTICES           )
DIVISION OF THE OFFICE OF THE               )
MASSACHUSETTS ATTORNEY GENERAL,             )
GLORIA ROSCOE,  FRANCISCO DePINA            )
          Defendants                        )

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

### Parties

1.     The Plaintiff, Champion Mortgage, a division of Key Bank, USA National
       Association ("Champion Mortgage") is a lending institution with a usual place of
       business of 2 Gatehall Drive, Parsippany, New Jersey 07054.

2.     The Defendant, Ida M. Green, is an individual with a last known mailing address of
       1709 Deerwood Drive, Augusta, Georgia  30906.

3.     The Defendant, The Estate of James C. Green, Jr., has a last known mailing address
       of 263 Kennebec Street, Mattapan, Massachusetts  02126.

4.  The Defendant, Massachusetts Department of Revenue, is a Massachusetts state agency with a usual place of business at 100 Cambridge Street, Boston, Massachusetts 02114.

5.  The Defendant, the Internal Revenue Service, is a federal agency with a usual place of business of Room 800, P.O. Box 9112, JFK Federal Building, Boston Massachusetts 02203.

6.  The Defendant, the Massachusetts Department of Revenue and the Fair Labor and Business Practices Division of the Attorney General's Office, is a Massachusetts state agency with a usual place of business of 200 Portland Street, Boston, Massachusetts 02114.

7.  The Defendant, Gloria Roscoe, is an individual with a last known mailing address of 33 Wales Street #201, Dorchester, Massachusetts 02124.

8.  The Defendant, Francisco DePina, is an individual with a last know mailing address of 282 Walnut Avenue #3, Roxbury, Massachusetts 02118.

9.  The Defendant, Massachusetts Department of Revenue – Estate Tax Division, is a Massachusetts state agency with a usual place of business at 100 Cambridge Street, Boston, Massachusetts 02114.

## Facts

10. On or about October 20, 2000, the Plaintiff, Champion Mortgage Company, Inc. (n/k/a Champion Mortgage, a division of KeyBank, USA, National Association), loaned to James C. Green, Jr. and Ida M. Green, the sum of $122,500.00.

11.    The said Promissory Note was secured by a First Mortgage dated October 20, 2000 in the original principal amount of $122,500.00. Said mortgage was recorded on October 25, 2000 with said Registry in Book 25482, Page 67. **(Exhibit A)**

12.    The First Mortgage secured the real estate located 263 Kennebec Street, Mattapan, Massachusetts.

13.    James C. Green, Jr. and Ida M. Green defaulted on the Promissory Note and Mortgage and Champion Mortgage, a division of KeyBank, USA National Association instituted proceedings for foreclosure on 263 Kennebec Street, Mattapan, Massachusetts in accordance with Massachusetts General Laws, Chapter 244 and all other applicable statutes of the Commonwealth of Massachusetts.

14.    On or about June 17, 2004, Champion Mortgage, a division of KeyBank, USA National Association sold the property located at 263 Kennebec Street, Mattapan, Massachusetts at a foreclosure sale in accordance with Massachusetts General Laws, Chapter 244 and all other applicable statutes of the Commonwealth of Massachusetts. Champion Mortgage sold the Mortgaged Property to David E. McDonald for $252,000.00, which was the highest bid.

15.    After subtracting $176,986.86 due to Champion Mortgage for all principal, interest and reasonable costs and attorney's fees, pursuant to its Note and Mortgage, there remained surplus funds in the amount of $75,013.14.

16.    The following persons, the Defendants herein, appear of record to have an interest in the foreclosure surplus held by Champion:

A.    The Defendant, Ida M. Green, was an Owner of Record with James C. Green, Jr. as tenants by the entirety of 263 Kennebec Street, Mattapan,

Massachusetts 02126 by Deed recorded in Book 25385, Page 34 with the Suffolk Registry of Deeds. **(Exhibit B)**

B.  The Defendant, The Estate of James C. Green, Jr., is the successor to possible interests of the Debtor. James C. Green, Jr., was an Owner of Record with Ida M. Green as tenants by the entirety of 263 Kennebec Street, Mattapan, Massachusetts 02126 by Deed recorded with the Suffolk Registry of Deeds in Book 25385, Page 34. **(Exhibit B)** James C. Green, Jr. also held a Declaration of Homestead on said property dated March 19, 2001 recorded with said Registry of Deeds at Book 26022, Page 217. **(Exhibit C).** James C. Green, Jr. died May 16, 2004.

C.  The Defendant, Massachusetts Department of Revenue, is the holder of a Lien for Income Taxes by Lien recorded on January 23, 2001 in the amount of $11,541.85 with said Registry in Book 25795, Page 109. **(Exhibit D)**

D.  The Defendant, the Internal Revenue Service, is the holder of a Federal Tax Lien dated May 11, 2001 in the amount of $15,312.99 and recorded with said Registry on May 21, 2001 at Book 26353, Page 62. **(Exhibit E)**

E.  The Defendant, the Internal Revenue Service, is the holder of a Federal Tax Lien dated May 11, 2001 in the amount of $94,148.87 and recorded with said Registry on May 21, 2001 at Book 26353, Page 63. **(Exhibit F)**

F.  The Defendant, the Massachusetts Department of Revenue and the Fair Labor and Business Practices Division of the Attorney General's Office, is the holder of a Massachusetts Tax Lien for Wage Violations recorded with said Registry on July 25, 2002 at Book 28977, Page 319. **(Exhibit G)**

G.  The Defendant, Massachusetts Department of Revenue, is the holder of a Lien for Income Taxes by Lien recorded on August 19, 2002 in the amount of $11.20 with said Registry in Book 29145, Page 142. **(Exhibit H)**

H.  The Defendant, Gloria Roscoe, filed a Writ of Attachment from Boston Municipal Court Civil Action No. 004153 dated August 26, 2002 in the amount of $60,000.00 with said Registry of Deeds on August 27, 2002 in Book 29212, Page 333. **(Exhibit I)**

I.  The Defendant, Francisco DePina, filed a Writ of Attachment from Boston Municipal Court Civil Action No. 005492 dated November 8, 2002 in the amount of $14,000.00 with said Registry of Deeds on November 12, 2002 in Book 29808, Page 331. **(Exhibit J)**

J.  The Defendant, Massachusetts Department of Revenue – Estate Tax Division, is the holder of an unrecorded lien on the property for possible estate taxes from the death of James C. Green, Jr., on May 16, 2004.

17.  By reason of the possible conflicting claims of the Defendants, the Plaintiff, Champion Mortgage, is in doubt as to which Defendants are entitled to the surplus proceeds of $75,013.14 from the sale of 263 Kennebec Street, Mattapan, Massachusetts.

WHEREFORE, the Plaintiff, Champion Mortgage, requests that:

(1)  The Court adjudge which Defendant, or Defendants, is/are entitled to the payment of those surplus funds held by the Plaintiff, Champion Mortgage, from the sale of 263 Kennebec Street, Mattapan, Massachusetts;

(2)  The Plaintiff, Champion Mortgage, be permitted to pay the surplus funds held by it, to wit, $75,013.14, less costs, expenses and attorney's fees incurred by Champion Mortgage in this action, into Court and that said Plaintiff be discharged from any further liability to the Defendants; and,

(3)  The Plaintiff be awarded its reasonable costs and attorney's fees pursuant to the within Interpleader action.

(4)    That this Honorable Court grant such other and further relief as it deems necessary and just.


Dated: December 2, 2004                    Respectfully submitted,

                                           Champion Mortgage, a division of
                                           Key Bank, USA National Association,
                                           By its attorney,


                                           *Edward P. McCarthy*
                                           Edward P. McCarthy
                                           Rosen & McCarthy, LLP
                                           4 Whittier Road
                                           Natick, MA  01760
                                           (508) 907-6444
                                           BBO #555115

# EXHIBIT A

25482  067

CHAMPION MORTGAGE CO., INC., 20 WATERVIEW BOULEVARD, PARSIPPANY, NEW JERSEY 07054 205

| SUFFOLK REGISTRY OF DEEDS<br>RECD ENTD | Cust# 1171405 |
| --- | --- |

2000 OCT 25  AM 11: 39

*Paul R. Tierney*
REGISTER OF DEEDS

Cushing & Dolan
520 Providence Hwy #700
Norwood, MA 02062

[Space Above This Line For Recording Data]

## MASSACHUSETTS FIXED RATE PAYMENT MORTGAGE - FIRST OR SECOND LIEN

THIS MORTGAGE ("Security Instrument") is given on OCOTBER 20, 2000. The mortgagor is JAMES C. GREEN, JR. , IDA M. GREEN whose address is 263 KENNEBEC STREET, MATTAPAN, MA 02126 ("Borrower"). This Security Instrument is given to Champion Mortgage Co., Inc., which is organized and existing under the laws of New Jersey, and whose address is 20 Waterview Boulevard, Parsippany, New Jersey 07054-1267 ("Lender"). Borrower owes Lender the principal sum of ONE HUNDRED TWENTY TWO THOUSAND FIVE HUNDRED AND 00/100 Dollars (U.S. $122,500.00). This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on OCTOBER 25, 2020. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender, with the STATUTORY POWER OF SALE, the following described property located in the County of SUFFOLK, Massachusetts:

-See Schedule A Attached Hereto and Made a Part Hereof-

which has the address of 263 KENNEBEC STREET, MATTAPAN, MA ("Property Address").

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property".

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

Borrower and Lender covenant and agree as follows:

1.  Payment of Principal and Interest; Prepayment and Late Charges.

Borrower shall promptly pay when due the principal of and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note.

2.  Funds for Taxes and Insurance.

Subject to applicable law or to a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; (e) yearly mortgage insurance premiums, if any; and (f) any sums payable by Borrower to Lender, in accordance with the provisions of paragraph 8, in lieu of the payment of mortgage insurance premiums. These items are called "Escrow Items". Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. § 2601 et seq. ("RESPA"), unless another law that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law. Borrower shall not be obligated to make such payments of Funds to Lender to the extent that Borrower makes payment of such Escrow Items to the holder or servicer of a mortgage encumbering the Property which has priority over this Security Instrument and which was approved by Lender at the time of origination of this Security Instrument (an "Approved Senior Security Instrument").

25482    072

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

In Witness Whereof, Borrower has signed and sealed this Security Instrument.

_James C. Green Jr_
JAMES C. GREEN, JR.

_Ida M. Green_
IDA M. GREEN

Witness: _____

COMMONWEALTH OF MASSACHUSETTS    )
                                 ) ss.
COUNTY OF NORFOLK                )

On this 20th day of OCTOBER, 2000 before me personally appeared JAMES C. GREEN, JR. , IDA M. GREEN to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged that he/she/they executed the same as his/her/their free act and deed.

_____
Notary Public
My Commission Expires: _____

Gregory J. Donovan
NOTARY PUBLIC
My Commission Expires
June 25, 2004

Record and Return to:

Champion Mortgage Company, Inc.
20 Waterview Boulevard
Parsippany, New Jersey 07054-1267

CLEC MA 1st or 2nd Lien, Massachusetts Fixed Rate Payment Mortgage/Note or Second Loan Rev 4/99       Page 6 of 6       Doc IC#74756

25482 073

sic (Book 3640)

EXHIBIT A

263 KENNEBEC STREET, MATTAPAN, MA

the land with the building thereon situated in Mattapan District of the

City of Boston, Suffolk County, Massachusetts, and consisting of Lots 96, 97, 98 on a plan of Mattapan Villa, made by F.T. Westcott, C.E., dated June 1912, and recorded with Suffolk Deeds at the end of description of said land.

Subject to easements, restrictions and conditions of record, if any, thereby, now in force and applicable.

For our reference see deed recorded at Suffolk Deeds, Instrument No. 220. Deed is dated September 25, 2000.

2 5385·34

# EXHIBIT B

25385    034    MASSACHUSETTS QUITCLAIM DEED SHORT FORM (INDIVIDUAL) 651

229

I, JAMES C. GREEN, JR. Trustee of the James Green Realty Trust

of  263 Kennebec Street, Mattapan        Suffolk    County, Massachusetts,

*being unmarried*, for consideration paid, and in full consideration of  less than $100.00

grant to  JAMES C. GREEN, JR. and IDA M. GREEN as Tenants by the Entirety

of 263 Kennebec Street, Mattapan                with quitclaim covenants

the land xx  with the building thereon situated in Mattapan District of

*[Description and encumbrances, if any]*

the City of Boston, Suffolk County, Massachusetts, and consisting of
Lots 96, 97, 98 on a plan of Mattapan Villa, made by F.T. Westcott,
C.E., dated June 1912, and recorded with Suffolk Deeds at the end of
description of said land.

Subject to easements, restrictions and conditions of record, if any,
thereby, now in force and applicable.

For my title see deed recorded at Suffolk Deeds, Book 20937, Page
077.  Deed is dated October 2, 1996.

The Trust is dated December 31, 1974 and recorded at Suffolk Deeds
Book 8762, Page 101.

BOOK
3640

Address of Property: 263 Kennebec Street, Mattapan

SUFFOLK COUNTY REGISTRY OF DEEDS
RECD OCT 01 IN: MATTEO
2000 SEP 25  PM12: 26
David M. Tuohy
REGISTER OF DEEDS

Witness  my  hand  and seal  this  20  day of  September  XX2000

James C. Green, Trustee
JAMES C. GREEN, JR., Trustee

The Commonwealth of Massachusetts

SUFFOLK    ss.                SEPTEMBER  20, XX 2000

Then personally appeared the above named   JAMES C. GREEN, JR., Trustee

and acknowledged the foregoing instrument to be  his    free act and deed before me

Marianne Monti Sheehan
MARIANNE MONTI SHEEHAN Notary Public — Justice of the Peace

My commission expires    12/24/2004    xx

(*Individual — Joint Tenants — Tenants in Common.)

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969
Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee
and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor, if not delivered
for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or
encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed.
Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless
it is in compliance with the requirements of this section.

# EXHIBIT C

17

PAUL R. TIERNEY, ESQ., REGISTER
SUFFOLK COUNTY REGISTRY OF DEEDS
BOSTON   CHELSEA   WINTHROP   REVERE

## *Declaration of Homestead*   201

KNOW ALL MEN BY THESE PRESENTS THAT:

I, _SPawes C GREEN  Rm_   of _263 Krewshee STREET_
(PLEASE PRINT NAME OF INDIVIDUAL HOMEOWNER)     (PLEASE PRINT THE CITY WHERE PROPERTY IS LOCATED)

County of Suffolk and Commonwealth of Massachusetts, as a Householder and being entitled to an estate of
Homestead in the land and buildings thereon hereinafter described, do declare that I own and am possessed
and occupy, or intend to occupy or possess, said premises as my principal residence and homestead under
Massachusetts General Laws, Chapter 188 as amended, to wit:

(DESCRIPTION OF PROPERTY)

*INCORRECT*

Book Number: _8851_     Number/Street: _263 Krewshee STREET_

Page Number: _61_     City/Town: _MATTApan MA 02121_

Registered Land
Certificate of Title Number:

*Should be
25-385-34*

WITNESS my hand and seal this _19_ day of _March_ 200_1_

X_____     X_____
(Signature of Witness)     (Signature of Individual Homeowner)

THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Then personally appeared the above named _James C. Green_
and acknowledged the foregoing instrument to be (his) (her) (their) free act and deed, before me.

X_____
(Notary Public/Justice of the Peace)
My commission expires _4/22/07_
_Arthur K. Reed_
TO RECORD BY MAIL, SEND FORM AND FILING FEE TO:

After recording, please return to:

NAME: _James C Green_

ADDRESS: _263 Krewshee Street_

CITY/STATE _Mattapan_ ZIP CODE _02121_

PAUL R. TIERNEY, ESQ., REGISTER OF DEEDS
SUFFOLK REGISTRY OF DEEDS
24 NEW CHARDON STREET
P.O. BOX 9660
BOSTON, MA 02114-9660

# EXHIBIT D

Commonwealth of Massachusetts Department of Revenue 25795    109

## NOTICE OF MASSACHUSETTS TAX LIEN

No. 0440 4000 1353

Pursuant to the provisions of Section 50 of Chapter 62C of the General Laws, notice is hereby given that there have been assessed against the following-named taxpayer taxes (including interest and penalties) which remain unpaid, and that the amount of said taxes is a lien in favor of the Commonwealth of Massachusetts upon all property and rights to property belonging to said taxpayer.

JAMES C. GREEN JR          259 56 3285      IDA M GREEN        259 681 033
263 KENNEBEC ST
MATTAPAN, MA  02126

66

| Tax Type | Period End Date | Assessment Date | Assessment Amounts | Statutory Additions | Balance Due |
|---|---|---|---|---|---|
| INCOME | 12/31/97 | 10/15/98 | $0.00 | $11.28 | $11.28 |
| | 12/31/99 | 04/15/00 | $10,895.00 | $1,579.57 | $11,530.57 |

REGISTER OF DEEDS
Paul R. Tierney
2001 JAN 23  AM 9: 32
SUFFOLK REGISTRY OF DEEDS
REC'D ENT'D TO TICKLER AM

TOTAL                    $11,541.85

**PLACE OF FILING**

Registry of Deeds      SUFFOLK COUNTY, BOSTON, MA

Clerk-City or Town Hall

Secretary of State-Boston,Ma.

ADDRESS COLLECTIONS BUREAU
P. O. BOX 7021
BOSTON, MA 02204

Signature _____

ERIC GUSTAFSON

TAX EXAMINER

Title   DEPUTY COMMISSIONER

# EXHIBIT E

263    062

498

Form 668 (Y)(c)
(Rev. October 2000)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

315

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone: (617) 316-2575 | -40189701 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JAMES C GREEN JR

Residence      263 KENNEBEC ST
               MATTAPAN, MA 2126

SUFFOLK REGISTRY OF DEEDS
RECORDED (LEXAN ATTEST)
2001 MAY 21  AM 11:44
Paul R. Tierney
REGISTER OF DEEDS

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 12/31/1998 | 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 | 12/27/1999 | 01/26/2010 | 15312.99 |

Place of Filing

Registry of Deeds
Suffolk County
Boston, MA  02114

Total | $ | 15312.99

This notice was prepared and signed at _____ Boston, MA _____, on this,

the ___11th___ day of ___May___, ___2001___.

NP

| Signature | Title | |
|---|---|---|
| _for JAMES KELLY 04-03450_ | Revenue Officer<br>(617) 770-3506 | 04-01-3505 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

# EXHIBIT F



Form 668 (Y)(c)
(Rev. October 2000)

408

26350  063

**Department of the Treasury - Internal Revenue Service**

316

## Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone: (617) 316-2575 | 40189700 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JAMES C JR & IDA M GREEN

Residence      263 KENNEBEC ST
               MATTAPAN, MA 02126-1105

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

*Paul R. Tierney*
REGISTER OF DEEDS

2001 MAY 21  AM 11:44

SUFFOLK REGISTRY OF DEEDS
RECEIVED & EXAM & ATTEST

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | 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 | 05/29/2000 | 06/28/2010 | 94148.87 |

| Place of Filing | Registry of Deeds<br>Suffolk County<br>Boston, MA  02114 | Total | $ | 94148.87 |
|---|---|---|---|---|

This notice was prepared and signed at      Boston, MA                          , on this,

the     11th    day of   May      ,    2001

NP

| Signature | Title | |
|---|---|---|
| for JAMES KELLY 04-03450 | Revenue Officer | 04-01-3505 |
| | (617) 770-3506 | |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

# EXHIBIT G

20977    319    126

# Commonwealth of Massachusetts

### NOTICE OF MASSACHUSETTS TAX LIEN

*Pursuant to the provisions of Section 50 of Chapter 62C of the General Laws,
notice is hereby given that penalties have been assessed against the following-named
employer which remain unpaid, and that the amount, together with interest, is a tax lien in
favor of the Commonwealth of Massachusetts pursuant to G.L. c.149, §27C(b)(7)
on upon all property and rights to property belonging to said employer.*

| | | | |
|---|---|---|---|
| **Name:** | James C. Green, Jr. | **Company:** | Warren Street Mobil, Inc. |
| **Address:** | 263 Kennebec Street | **Address:** | |
| | Mattapan, MA 02126 | | |
| **SS#:** | 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 | **ID#:** | 04-2609020 |

**Date of Lien:** 7/15/02
**Lien Number:** 020022
**Lien Type:** Wage Violation, Civil Citation #MW020015
**Assessment Date:** 7/15/02
**Penalty Amount:** $330.00
**Restitution Amount:** $366.19
**Statutory Additions:** Interest at 18% per annum from Assessment Date

*Book — 35385
PG — 34*

**PLACE OF FILING**
✓ Registry of Deeds:    Suffolk County
Clerk-City or Town Hall:  Boston
Secretary of State

**Date Filed:**

Daniel S. Field
Division Chief
Fair Labor and Business Practices Division
Office of the Attorney General
200 Portland Street
Boston, MA 02114

*Return to:
Noreen Kelly
Attorney Generals Office
Fair Labor + Business Practices
200 Portland st
Boston, MA 02114*

*For penalty payment information, please contact the Massachusetts Department of Revenue,
Compliance Bureau, P.O. Box 7021, Boston, MA, 02204, 617-887-6156.*

*For restitution payment information or other questions, please contact the Office of the Attorney
General, Fair Labor and Business Practices Division, 200 Portland Street, Boston, MA 02114,
617-727-2200 x3259.*

# EXHIBIT H

29145     142



COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE

Lien Number:        0440-4600 1515
Taxpayer ID Number:   259 563 285
Spouse's ID Number:   259 631 033

## NOTICE OF MASSACHUSETTS TAX LIEN

139

JAMES C. GREEN JR            IDA M GREEN
263 KENNEBEC ST
MATTAPAN, MA  02126

PLACE OF FILING
Registry of Deeds:   SUFFOLK COUNTY, BOSTON, MA
Secretary of State:  BOSTON, MA

Pursuant to the provisions of Section 50 of Chapter 62c of the General Laws, notice is hereby given that there
have been assessed against the following-named taxpayer taxes (including interest and penalties) which remain
unpaid, and that the amount of said taxes is a lien in favor of the Commonwealth of Massachusetts upon all
property and rights to property belonging to said taxpayer.

| Tax Type | Period End Date | Assessment Date | Assessment Amounts | Statutory Additions | Balance Due |
|----------|-----------------|-----------------|--------------------|--------------------|-------------|
| INCOME   | 12/31/99        | 04/15/00        | $0.00              | $11.20             | $11.20      |
|          |                 |                 |                    | TOTAL:             | $11.20      |

SUFFOLK REGISTRY
RECEIVED & VERIFIED ATTEST
2002 AUG 19  AM 9: 46

MDOR-Collections Bureau
P. O. Box 7021
Boston, MA  02204

Tax Examiner:  Catherine Viera

Deputy Commissioner

# EXHIBIT I

23

29212　　333

# Commonwealth of Massachusetts

522

### TRIAL COURT OF THE COMMONWEALTH
### BOSTON MUNICIPAL COURT DEPARTMENT — CIVIL DIVISION

Suffolk, ss.
### WRIT OF ATTACHMENT

GLORIA ROSCOE
..................................................
Plaintiff　　　Civil No. 004153

JAMES C. GREEN, Sr.
..................................................
Defendant

To the Sheriffs of our several Counties or their Deputies, or a Constable
of any City or Town within the Commonwealth:

WE COMMAND you to attach the goods or estate of Defendant JAMES C. GREEN, Sr.
.......................................... of 263 Kennebec Street, Mattapan ......, to the
value of $60,000. (the amount authorized), as prayed for by Plaintiff Gloria Roscoe
.......................................... of Dorchester ............................., whose attorney
is Denzil D. McKenzie .......................... of Boston .................................. in
an action brought by said Plaintiff Gloria Roscoe ........................................ against said
Defendant James C. Greene, Jr. .......................................... in the Boston Municipal Court
Department for Civil Business, and make due return of this writ with your doings thereon.

The complaint in this case was filed on August 26, 2002 .............................., 19 ......
This attachment was approved on August ................ 2002 ...., by ........................
.......................................... J., in the amount of $ ............................................

WITNESS, William J. Tierney, Esquire at Boston, the .................................... day of
.................................., 19 ......

*Michael J. Coleman*
Clerk/Magistrate

Date ..........
After notice, and having permission to appoint a keeper over
attached property of the defendant ...........
$ ..........
to the
.......... (description of property)
located in ..........
is hereby granted.
.......... Justice

Date 8/26/02
(after ex parte approval)
After notice and hearing, permission is hereby given to make an
attachment of the real estate of the defendant in ...........
County in the sum of $ 60,000
Justice *Patti Bevin*

### PROOF OF ATTACHMENT

I hereby certify and return that on .................................., 19 ........... I attached
the property of the within-named defendant in the following manner: ....................
..........................................................................................................................

A true copy Attest: ..........
Dated .................................., 19 ......
Deputy Sheriff Suffolk County
N.B. to Process Server:

When an attachment is made subsequent to service of the summons and complaint upon the defendant, a copy of the writ
of attachment with your return thereon must be promptly served upon the defendant in the manner provided by Rule 5.
Form 2/18/3/91

29212     334

Suffolk, SS.                                          Boston August 27, 2002

I this day at 2:37 pm attached all the right, title and interest that the within named

James C. Green, Jr.

has in and to any and all real estate in the County of Suffolk.

Deputy Sheriff

Suffolk Deputy Sheriffs
45 Bromfield Street
Boston, MA 02108

# EXHIBIT J

144

BOSTON MUNICIPAL COURT
CIVIL BUSINESS

# Commonwealth of Massachusetts

### TRIAL COURT OF THE COMMONWEALTH
### BOSTON MUNICIPAL COURT DEPARTMENT — CIVIL DIVISION

005492

Suffolk, ss.

*Francisco De Pina*

_____ Plaintiff

*James C. Green*

_____ Defendant

WRIT OF ATTACHMENT

Civil No. _____

**To the Sheriffs of our several Counties or their Deputies, or a Constable of any City or Town within the Commonwealth:**

WE COMMAND you to attach the goods or estate of Defendant *James C. Green*
of *263 Kennebec St. Mattapan, MA* to the value of $ _____ (the amount authorized), as prayed for by Plaintiff *Francisco De Pina*
of *282 Walnut Ave, #3, Roxbury, MA* whose attorney is *Michael Ford, Law Office of William Ford 21 Custom House St, Boston, MA* in an action brought by said Plaintiff *Francisco De Pina* against said Defendant *James C. Green* in the Boston Municipal Court Department for Civil Business, and make due return of this writ with your doings thereon.

The complaint in this case was filed on *November 7* 2002

This attachment was approved on _____, 19____ by _____

CHARLES R. JOHNSON
_____, J., In the amount of $ _____

WITNESS, ~~William J. Henley~~, Esquire at Boston, the _____ day of _____, 19____

*Michael J. Colman* /o
Clerk/Magistrate *BH*

| |
|---|
| Date _____ |
| After notice, and hearing, permission to appoint a keeper over attached property of the defendant _____ |
| $ _____ |
| to wit: _____ |
| (description of property) |
| located at _____ |
| is hereby granted. |
| Justice _____ |

| |
|---|
| Date *11/8/02* |
| (after ex parte approval) |
| After notice and hearing, permission is hereby given to make an attachment of the real estate of the defendant in _____ |
| County in the sum of $ *14,000* |
| Justice *Palma Berman* |

### PROOF OF ATTACHMENT

I hereby certify and return that on _____, 19____ I attached the property of the within-named defendant in the following manner:

_____

A true copy Attest:

_____

Dated _____, 19____

~~Deputy Sheriff Suffolk County~~
Deputy Sheriff Suffolk County

**N.B. to Process Server:**

When an attachment is made subsequent to service of the summons and complaint upon the defendant, a copy of the writ of attachment with your return thereon must be promptly served upon the defendant in the manner provided by Rule 5.

Form 2/4M/9/91

Suffolk, SS.                                      Boston November 8, 2002

I this day at 4:05 pm attached all the right, title and interest that the within named

**James C. Green**

has in and to any and all real estate in the County of Suffolk..

Deputy Sheriff

Suffolk Deputy Sheriffs
45 Bromfield Street
Boston, MA 02108

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                    SUPERIOR COURT
                                                CIVIL ACTION NO. 04-5291

| | |
|---|---|
| CHAMPION MORTGAGE, A DIVISION OF | ) |
| KEY BANK, USA NATIONAL ASSOCIATION, | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| IDA M. GREEN, ESTATE OF JAMES C. GREEN, JR., | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE, | ) |
| INTERNAL REVENUE SERVICE, MASSACHUSETTS | ) |
| DEPARTMENT OF REVENUE-ESTATE TAX DIVISION, | ) |
| FAIR LABOR AND BUSINESS PRACTICES DIVISION | ) |
| OF THE OFFICE OF THE MASSACHUSETTS | ) |
| ATTORNEY GENERAL, GLORIA ROSCOE, | ) |
| FRANCISCO DePINA, | ) |
| **Defendants** | ) |

## ANSWER

The Massachusetts Commissioner of Revenue ("Commissioner") answers the Complaint of the plaintiff as follows, on behalf of the defendants, the Massachusetts Department of Revenue, the Massachusetts Department of Revenue Estate Tax Division and the Fair Labor and Business Practices Division of the Massachusetts Attorney General:

Paragraph 1: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 1 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 2: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 2 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 3: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 3 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 4: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 4 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 5: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 5 and calls upon the plaintiff to prove the same to the extent relevant.

## CERTIFICATE OF SERVICE

I, Eileen Ryan McAuliffe, certify that I have served a copy of the within Answer by first-class mail, postage prepaid, upon:

Edward P. McCarthy
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760

**Eileen Ryan McAuliffe**
BBO# 435260

**Dated: February 7, 2005**

#187117/ERM

Paragraph 6: The Commissioner admits paragraph 6.

Paragraph 7: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 7 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 8: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 8 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 9: The Commissioner admits that service of process in this action may be made on counsel for the Commissioner at the Litigation Bureau, Massachusetts Department of Revenue, 100 Cambridge Street, P.O. Box 9565, Boston, Massachusetts 02114-9565.

Paragraph 10: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 10 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 11: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 11 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 12: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 12 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 13: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 13 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 14: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 14 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 15: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 15 and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 16(a) and (b): The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 16(a) and (b) and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 16 (c): The Commissioner admits paragraph 16(c) and a copy of the Notice of Massachusetts Tax Lien is attached hereto.

Paragraph 16(d) and (e): The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 16(d) and (e) and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 16 (f): The Commissioner admits paragraph 16(f) and a copy of the Notice of Massachusetts Tax Lien for Wage Violations is attached hereto.

Paragraph 16 (g): The Commissioner admits paragraph 16(g) and a copy of the Notice of Massachusetts Tax Lien is attached hereto.

Paragraph 16(h) and (I): The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 16(h) and (I) and calls upon the plaintiff to prove the same to the extent relevant.

Paragraph 16 (j): The Commissioner admits paragraph 16(j).

Paragraph 17: The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 17 and calls upon the plaintiff to prove the same to the extent relevant. The Commissioner does however; assert an interest in these interpleader funds by virtue of Notices of Massachusetts Tax Lien against James C. Green Jr. and Ida M. Green.

WHEREFORE, the Commissioner prays that the Court:

1. ensure the priority of interests of the parties to this action;

2. ensure that the distribution be done in accordance with the priorities established by the Court;

3. ensure that no attorneys fees or costs be awarded to be the plaintiff which would adversely affect the interest of the Commonwealth and;

4. determine such other relief as if deems appropriate.

**ALAN LEBOVIDGE**
**COMMISSIONER OF REVENUE**
**By his attorney,**

**Eileen Ryan McAuliffe**
**BBO No. 435260**
**Counsel for the Commissioner**
**BBO No. 435260**
**Department of Revenue**
**Litigation Bureau, 7th Floor**
**P.O. Box 9565**
**100 Cambridge Street**
**Boston, Massachusetts 02114-9565**
**(617) 626-3217**

Dated: February 7, 2005

187117/ERM

Commonwealth of Massachusetts Department of Revenue 25795    109

# NOTICE OF MASSACHUSETTS TAX LIEN

No. 0440 4000 1353

Pursuant to the provisions of Section 50 of Chapter 62C of the General Laws, notice is hereby given that there have been assessed against the following-named taxpayer taxes (including interest and penalties) which remain unpaid, and that the amount of said taxes is a lien in favor of the Commonwealth of Massachusetts upon all property and rights to property belonging to said taxpayer.

JAMES C. GREEN JR        259 56 3285    IDA M GREEN        259 681 033
263 KENNEBEC ST
MATTAPAN, MA  02126

66

| Tax Type | Period End Date | Assessment Date | Assessment Amounts | Statutory Additions | Balance Due |
|---|---|---|---|---|---|
| INCOME | 12/31/97 12/31/99 | 10/18/98 04/10/00 | 75.00 $10,854.00 | $11.28 $1,570.57 | $11.28 $11,520.57 |

|  |  |  |  | TOTAL | $11,041.85 |

## PLACE OF FILING

Registry of Deeds     SUFFOLK COUNTY, BOSTON, MA        RECORDS COLLECTIONS BUREAU
                                                        P. O. BOX 7021
Clerk-City or Town Hall                                 BOSTON, MA 02204

Secretary of State—Boston, Ma.

ERIC GUSTAFSON                     Signature
TAX EXAMINER                       Title    DEPUTY COMMISSIONER

28977    319    126

# *Commonwealth of Massachusetts*

### NOTICE OF MASSACHUSETTS TAX LIEN

*Pursuant to the provisions of Section 50 of Chapter 62C of the General Laws, notice is hereby given that penalties have been assessed against the following-named employer which remain unpaid, and that the amount, together with interest, is a tax lien in favor of the Commonwealth of Massachusetts pursuant to G.L. c.149, §27C(b)(7) on upon all property and rights to property belonging to said employer.*

| Name: | James C. Green, Jr. | Company: | Warren Street Mobil, Inc. |
|---|---|---|---|
| Address: | 263 Kennebec Street | Address: | |
| | Mattapan, MA 02126 | | |
| SS#: | 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 | ID#: | 04-2609030 |

Date of Lien: 7/15/02
Lien Number: 020022
Lien Type:  Wage Violation, Civil Citation #MW020015
Assessment Date: 7/15/02
Penalty Amount: $330.00
Restitution Amount: $366.19
Statutory Additions: Interest at 18% per annum from Assessment Date

Book — 35385
PG — 34

PLACE OF FILING
   ✓Registry of Deeds:   Suffolk County
   Clerk-City or Town Hall:  Boston
   Secretary of State

*Daniel P. Field* (signature)

Date Filed:

Daniel S. Field
Division Chief
Fair Labor and Business Practices Division
Office of the Attorney General
200 Portland Street
Boston, MA 02114

Return to:
Noreen Kelly
Attorney General's Office
Fair Labor & Business Practices
200 Portland St.
Boston, MA 02119

NC

*For penalty payment information, please contact the Massachusetts Department of Revenue, Compliance Bureau, P.O. Box 7021, Boston, MA. 02204, 617-887-6156.*

*For restitution payment information or other questions, please contact the Office of the Attorney General, Fair Labor and Business Practices Division, 200 Portland Street, Boston, MA 02114, 617-727-2200 x3259.*




29145    142



COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE

Lien Number:    0440 4000 1515
Taxpayer ID Number:    009 360 285
Spouse's ID Number:    009 551 000

## NOTICE OF MASSACHUSETTS TAX LIEN

139

JAMES C. GREEN JR
203 KENNEBEC ST
MATTAPAN, MA 02126

IDA M GREEN

PLACE OF FILING
Registry of Deeds:    SUFFOLK COUNTY, BOSTON, MA
Secretary of State:    BOSTON, MA

Pursuant to the provisions of Section 50 of Chapter 62C of the General Laws, notice is hereby given that there have been assessed against the following-named taxpayer taxes (including interest and penalties) which remain unpaid, and that the amount of said taxes is a lien in favor of the Commonwealth of Massachusetts upon all property and rights to property belonging to said taxpayer.

| Tax Type | Period End Date | Assessment Date | Assessment Amounts | Statutory Additions | Balance Due |
|---|---|---|---|---|---|
| INCOME | 12/31/00 | 04/15/00 | $0.00 | $11.20 | $11.20 |
| | | | | TOTAL: | $11.20 |



MDOR-Collections Bureau
P.O. Box 7021
Boston, MA 02204

Tax Examiner: Catherine Viera

Deputy Commissioner