IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHAMPION MORTGAGE, A DIVISION OF KEY BANK, USA, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 1:05-cv-10375-WGY |
| v. | ) ) ) | |
| IDA M. GREEN, ESTATE OF JAMES C. GREEN, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, INTERNAL REVENUE SERVICE, MASSACHUSETTS DEPARTMENT OF REVENUE - ESTATE TAX DIVISION, FAIR LABOR AND BUSINESS PRACTICES DIVISION OF THE OFFICE OF THE MASSACHUSETTS ATTORNEY GENERAL, GLORIA ROSCOE, and FRANCISCO DePINA, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

UNITED STATES' ASSENTED TO MOTION TO CONTINUE
SCHEDULING CONFERENCE SET FOR MAY 9, 2005

The United States, by its undersigned counsel, respectfully requests that this Court continue the scheduling conference set for May 9, 2005, at 2:00 p.m. As grounds for this motion, counsel for the United States asserts that she is scheduled to begin a trial in the United States District Court for the Southern District of Ohio in Cincinnati on Monday, May 9, 2005. As a result, counsel for the United States requests that this

scheduling conference be re-scheduled to a date after May 13, 2005. Counsel for plaintiff Champion Mortgage has indicated his assent to this motion.[*]

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 4/5/05<br><br>/s/ Lydia Bottome Turanchik<br>LYDIA BOTTOME TURANCHIK | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney<br><br>/s/ Lydia Bottome Turanchik<br>LYDIA BOTTOME TURANCHIK<br>(BBO # 640367)<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6560<br>Lydia.D.Bottome@usdoj.gov |

Assented to By:

(by telephone consent)
Edward McCarthy
Rosen & McCarthy
4 Whittier Road
Natick, MA 01760

---

[*] The remaining parties have not yet filed an answer.