UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION MORTGAGE, A DIVISION OF KEY BANK, USA NATIONAL ASSOCIATION<br>Plaintiff | CIVIL ACTION NO. 05-10375 WGY |
| VS. | |
| IDA M. GREEN, ESTATE OF JAMES C. GREEN, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, INTERNAL REVENUE SERVICE, MASSACHUSETTS DEPARTMENT OF REVENUE – ESTATE TAX DIVISION, FAIR LABOR AND BUSINESS PRACTICES DIVISION OF THE OFFICE OF THE MASSACHUSETTS ATTORNEY GENERAL, GLORIA ROSCOE, FRANCISCO DePINA<br>Defendants | Formerly<br>Suffolk Superior Court<br>C.A. No. 04-5291 |

## MILITARY AFFIDAVIT

I, Edward P. McCarthy, attorney for the Plaintiff, in the above-referenced case, on oath depose and say that the following defendants:

Ida M. Green, Estate of James C. Green, Jr., Gloria Roscoe and Francisco DePina are not now in the military service of the United States or of any Allies, as defined in the Soldiers' and Sailors' Civil Relief Act, as amended to the date hereof but are at present living and/or working as the addresses listed in the Complaint and noted on the Sheriff's returns of service for the summons and complaint.

Sworn and subscribed to under pains and penalties of perjury this 7th day of April, 2005.

_____
Edward P. McCarthy
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
(508) 907-6444 x207
BBO # 555115