UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                    **Civil Action**
                                                                    **No: 05-10375-WGY**

**CHAMPION MORTGAGE**
**Plaintiff**

v.

**IDA M. GREEN**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, Champion Mortgage, for an order of Default for failure of the Defendant, Ida M. Green, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on April 13, 2005.

                                                                   **Sarah A. Thornton**
                                                                   **Clerk**


                                        **By:**    **/s/ Marie Bell**
                                                                 **Deputy Clerk**

Notice mailed to counsel of record and defendants.