UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION MORTGAGE, A DIVISION OF )<br>KEY BANK, USA NATIONAL ASSOCIATION )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>IDA M. GREEN, ESTATE OF )<br>JAMES C. GREEN, JR., MASSACHUSETTS )<br>DEPARTMENT OF REVENUE, )<br>INTERNAL REVENUE SERVICE, )<br>MASSACHUSETTS DEPARTMENT OF )<br>REVENUE – ESTATE TAX DIVISION, )<br>FAIR LABOR AND BUSINESS PRACTICES )<br>DIVISION OF THE OFFICE OF THE )<br>MASSACHUSETTS ATTORNEY GENERAL, )<br>GLORIA ROSCOE, FRANCISCO DePINA )<br>    Defendants ) | CIVIL ACTION NO. 05-10375 WGY<br><br>Formerly<br>Suffolk Superior Court<br>C.A. No. 04-5291 |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff moves the Court for a Judgment of Default I the above action against the defendants herein.

The Summons and a copy of the Complaint were served on the following Defendants on the following dates:

DEFENDANT                                    DATE OF SERVICE

(1) Ida M. Green                             1/12/2005
    1709 Deerwood Drive
    Augusta, GA  30906

(2) Estate of James C. Green, Jr.                1/12/2005
    c/o Ida M. Green
    1709 Deerwood Drive
    Augusta, GA   30906

(3) Gloria Roscoe                                 1/10/2005
    33 Wales Street  #201
    Dorchester, MA   02124

(4) Francisco DePina                              1/10/2005
    282 Walnut Street  #3
    Roxbury, MA   02118

More than 20 days have passed since the dates of service and the above-referenced Defendants herein have failed to answer or otherwise defend as to the Plaintiff's complaint, or serve a copy of any answer or other defense which they might have had, nor have the Defendants made any appearance herein, nor have any proceedings been taken by the Defendants herein.

Defendants are not in military service and are not infants or incompetent as appears in the affidavit of Edward P. McCarthy hereto annexed s Exhibit A.

Wherefore, Plaintiff moves that this Court make and enter a Judgment that the above-referred Defendants are not entitled to any of the excess proceeds from the mortgage foreclosure of 263 Kennebec Street, Mattapan, Massachusetts being held by the Plaintiff's attorney.

Champion Mortgage, a division of Key Bank, USA
National Association
By its Attorney,

*Edward P. McCarthy* (signature)
Edward P. McCarthy
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA   01760
(508) 907-6444 x207
BBO # 555115