UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION MORTGAGE, A DIVISION OF ) <br> KEY BANK, USA NATIONAL ASSOCIATION ) <br>     Plaintiff ) <br> ) <br> VS. ) <br> ) <br> IDA M. GREEN, ESTATE OF ) <br> JAMES C. GREEN, JR., MASSACHUSETTS ) <br> DEPARTMENT OF REVENUE, ) <br> INTERNAL REVENUE SERVICE, ) <br> MASSACHUSETTS DEPARTMENT OF ) <br> REVENUE – ESTATE TAX DIVISION, ) <br> FAIR LABOR AND BUSINESS PRACTICES ) <br> DIVISION OF THE OFFICE OF THE ) <br> MASSACHUSETTS ATTORNEY GENERAL, ) <br> GLORIA ROSCOE, FRANCISCO DePINA ) <br>     Defendants ) | CIVIL ACTION NO. 05-10375 WGY <br><br><br> Formerly <br> Suffolk Superior Court <br> C.A. No. 04-5291 |

## AFFIDAVIT OF EDWARD P. McCARTHY

I, Edward P. McCarthy, attorney for the Plaintiff, in the above-referenced case, on oath depose and say that the following defendants:

Ida M. Green, Estate of James C. Green, Jr., Gloria Roscoe and Francisco DePina are not now in the military service of the United States or of any Allies, as defined in the Soldiers' and Sailors' Civil Relief Act, as amended to the date hereof but are at present living and/or working as the addresses listed in the Complaint and noted on the Sheriff's returns of service for the summons and complaint. Additionally the above-referred Defendants are not infants nor incompetent.

Sworn and subscribed to under pains and penalties of perjury this 21st day of April, 2005.

*Edward P. McCarthy*
Edward P. McCarthy
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
(508) 907-6444 x207
BBO # 555115

Champion Mortgage, a division
of Key Bank, USA, N.A.
    vs.
Ida M. Green, et al.
Civil Action No. 05-10375 WGY

# CERTIFICATE OF SERVICE

    I, Edward P. McCarthy, upon oath do hereby depose and say that on April 21, 2005 I served copies of the Notion for Default by mailing a copy of same postage prepaid to the following:

Ida M. Green
1709 Deerwood Drive
Augusta, GA  30906

Estate of James C. Green, Jr.
c/o Ida M. Green
1709 Deerwood Drive
Augusta, GA  30906

Gloria Roscoe
33 Wales Street #201
Dorchester, MA  02124

Francisco DePina
282 Walnut Avenue #3
Roxbury, MA  02118

United States of America
Office of the United States Attorney
One Courthouse Way, Suite 9200
Boston, MA  02210

United States of America
U.S. Department of Justice
Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C.  200441
ATTN:  Lydia Bottome-Turanchik, Esq.

Massachusetts Department of Revenue
Counsel to the Commissioner
Litigation Bureau - P.O. Box  9565
100 Cambridge Street
Boston, MA  02114-9565
ATTN:  Eileen Ryan McAuliffe, Esq.

*Edward P McCy* (signature)
Edward P. McCarthy
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA  01760
(508) 907-6444  x 207
BBO # 555115