# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHAMPION MORTGAGE , A DIVISION OF**   ) <br> **KEY BANK, U.S.A. NATIONAL ASSOCIATION**   ) <br>               **Plaintiff**   ) <br> v.   ) <br>    )<br> **IDA M. GREEN, ESTATE OF JAMES C. GREEN, JR.,**   ) <br> **MASSACHUSETTS DEPARTMENT OF REVENUE,**   ) <br> **INTERNAL REVENUE SERVICE, MASSACHUSETTS**   ) <br> **DEPARTMENT OF REVENUE-ESTATE TAX DIVISION,** ) <br> **FAIR LABOR AND BUSINESS PRACTICES DIVISION**   ) <br> **OF THE OFFICE OF THE MASSACHUSETTS**   ) <br> **ATTORNEY GENERAL, GLORIA ROSCOE,**   ) <br> **FRANCISCO DePINA,**   ) <br>               **Defendants**   ) <br> _____) | **CIVIL ACTION NO.** <br>  **05-10375-WGY** <br>  (Formerly Suffolk Sup. <br>   Court C.A. No. 04-5291) |

## DISCLAIMER OF INTEREST

    The Commonwealth of Massachusetts Commissioner of Revenue, on behalf of the defendants, the Massachusetts Department of Revenue, the Massachusetts Department of Revenue Estate Tax Bureau and the Fair Labor and Business Practices Division of the Office of the Massachusetts Attorney General, disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendants.

                       **Respectfully submitted,**

                       **ALAN LEBOVIDGE** <br>
                       **COMMISSIONER OF REVENUE** <br>
                       **By his attorney,**

                        **s/s Eileen RyanMcAuliffe**_____ <br>
                       **Eileen Ryan McAuliffe** <br>
                       **BBO No. 435260** <br>
                       **Counsel for the Commissioner** <br>
                       **Department of Revenue** <br>
                       **Litigation Bureau, 7th floor** <br>
                       **P.O. Box 9565** <br>
                       **100 Cambridge Street** <br>
                       **Boston, Massachusetts 02114-9565** <br>
                       **(617) 626-3217**

**DATED: May 5, 2005** <br>
191498/ERM

## CERTIFICATE OF SERVICE

I, Eileen Ryan McAuliffe, certify that I have served a copy of the within Disclaimer of Interest by first-class mail, postage prepaid, upon:

Attorney Edward P. McCarthy
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760

Attorney Lydia Bottome Turanchik
U.S. Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Ida M. Green
1709 Deerwood Drive
Augusta, Georgia  30906

Gloria Roscoe
33 Wales Street, #201
Dorchester, Massachusetts 02124

Francisco DePina
282 Walnut Street  #3
Roxbury, Massachusetts 02118

Office of the United States Attorney
One Courthouse Way, Suite 9200
Boston, Massachusettts 02210

Estate of James C. Green, Jr.
c/o Ida M. Green
1709 Deerwood Drive
Augusta, Georgia  30906

      /s/ Eileen Ryan McAuliffe
    **Eileen Ryan McAuliffe**
        **BBO #435260**

**Dated:  May 5, 2005**

#191498/ERM