UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION MORTGAGE, A DIVISION OF )<br>KEY BANK, USA NATIONAL ASSOCIATION )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>IDA M. GREEN, ESTATE OF )<br>JAMES C. GREEN, JR., MASSACHUSETTS )<br>DEPARTMENT OF REVENUE, )<br>INTERNAL REVENUE SERVICE, )<br>MASSACHUSETTS DEPARTMENT OF )<br>REVENUE – ESTATE TAX DIVISION, )<br>FAIR LABOR AND BUSINESS PRACTICES )<br>DIVISION OF THE OFFICE OF THE )<br>MASSACHUSETTS ATTORNEY GENERAL, )<br>GLORIA ROSCOE, FRANCISCO DePINA )<br>    Defendants ) | CIVIL ACTION NO. 05-10375 WGY<br><br>Formerly<br>Suffolk Superior Court<br>C.A. No. 04-5291 |

## AGREED ORDER

The Plaintiff, Champion Mortgage, a division of Key Bank, USA National Association and the United State of America, on behalf of its agency the Internal Revenue Service, agree that an Order can be entered as follows:

1.    Ida M. Green, the Estate of James C. Green, Jr., Gloria Roscoe and Francisco DePina have not answered or otherwise appeared. The Commonwealth of Massachusetts has filed a Disclaimer of Interest.

2. The amount of surplus proceeds of $75,013.14, shall be divided among the remaining parties as follows:

| | |
|---|---|
| Massachusetts Department of Revenue | $ 6,366.87 |
| United States of America | $ 65,895.24 |
| Champion Mortgage | $ 2,751.03 |
| **Total:** | $ 75,013.14 |

Champion Mortgage, a division of Key Bank, USA National Association
By its Attorney,

*/s/ Edward P. McCarthy*
Edward P. McCarthy
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
(508) 907-6444 x207


United States of America
By its Attorney,

*/s/ Lydia Bottome Turanchik*
Lydia Bottome Turanchik
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560


_____                              _____
DATE                                                Hon. William G. Young
                                                    U.S. District Court

2