IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAMPION MORTGAGE, A DIVISION OF KEY BANK, USA, | ) ) ) |
| Plaintiff, | ) ) Civil No. 1:05-cv-10375-WGY ) |
| v. | ) ) |
| IDA M. GREEN, ESTATE OF JAMES C. GREEN, JR., MASSACHUSETTS DEPARTMENT OF REVENUE, INTERNAL REVENUE SERVICE, MASSACHUSETTS DEPARTMENT OF REVENUE - ESTATE TAX DIVISION, FAIR LABOR AND BUSINESS PRACTICES DIVISION OF THE OFFICE OF THE MASSACHUSETTS ATTORNEY GENERAL, GLORIA ROSCOE, and FRANCISCO DePINA, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## AMENDED AGREEMENT FOR JUDGMENT

The Plaintiff, Champion Mortgage, a division of Key Bank, USA National Association and the United States of America, on behalf of its agency the Internal Revenue Service, agree that judgment may be entered as follows:

1. Defendants Ida M. Green, the Estate of James C. Green, Jr., Gloria Roscoe, and Francisco DePina have not answered or otherwise appeared, and the Clerk of the Court has entered defaults against each of these defendants.

2. The Commonwealth of Massachusetts has been paid $6,366.87 pursuant to an agreement between the Commonwealth and plaintiff, and has filed a disclaimer of interest with respect to the remaining proceeds.

3. As a result, the surplus proceeds of $75,013.14 shall be divided among the remaining parties as follows:

| | |
|---|---|
| Massachusetts Department of Revenue (already paid) | $ 6,366.87 |
| United States of America | $65,895.24 |
| Champion Mortgage (attorneys' fees) | $ 2,751.03 |
| Ida M. Green | $     00.00 |
| Estate of James C. Green, Jr. | $     00.00 |
| Gloria Roscoe | $     00.00 |
| Francisco DePina | $     00.00 |
| | $75,013.14 |

CHAMPION MORTGAGE, a division of Key Bank, USA NA,

By Its Attorney:

*Edward P. McCarthy*
EDWARD P. McCARTHY
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
(508) 907-6444 x. 207


UNITED STATES OF AMERICA,

By Its Attorney:

*Lydia Bottome Turanchik*
LYDIA BOTTOME TURANCHIK
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6560


IT IS SO ORDERED.

_____
DATE

HONORABLE WILLIAM G. YOUNG
U.S. District Court