IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHAMPION MORTGAGE, A DIVISION<br>OF KEY BANK, USA, | ) <br> ) <br> ) | |
| Plaintiff, | ) | Civil No. 1:05-cv-10375-WGY |
| | ) | |
| v. | ) <br> ) | |
| IDA M. GREEN, ESTATE OF JAMES C.)<br>GREEN, JR., MASSACHUSETTS<br>DEPARTMENT OF REVENUE,<br>INTERNAL REVENUE SERVICE,<br>MASSACHUSETTS DEPARTMENT<br>OF REVENUE - ESTATE TAX DIVISION,<br>FAIR LABOR AND BUSINESS PRACTICES<br>DIVISION OF THE OFFICE OF THE<br>MASSACHUSETTS ATTORNEY GENERAL,<br>GLORIA ROSCOE, and FRANCISCO DePINA,) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## AMENDED AGREEMENT FOR JUDGMENT

The Plaintiff, Champion Mortgage, a division of Key Bank, USA National

Association and the United States of America, on behalf of its agency the Internal

Revenue Service, agree that judgment may be entered as follows:

1.      Defendants Ida M. Green, the Estate of James C. Green, Jr., Gloria

Roscoe, and Francisco DePina have not answered or otherwise

appeared, and the Clerk of the Court has entered defaults against each of

these defendants.

2.      The Commonwealth of Massachusetts has been paid $6,366.87 pursuant

to an agreement between the Commonwealth and plaintiff, and has filed a

disclaimer of interest with respect to the remaining proceeds.

3.  As a result, the surplus proceeds of $75,013.14 shall be divided among
    the remaining parties as follows:

| | |
|---|---:|
| Massachusetts Department of Revenue (already paid) | $ 6,366.87 |
| United States of America | $65,895.24 |
| Champion Mortgage (attorneys' fees) | $ 2,751.03 |
| Ida M. Green | $    00.00 |
| Estate of James C. Green, Jr. | $    00.00 |
| Gloria Roscoe | $    00.00 |
| Francisco DePina | $    00.00 |
| | $75,013.14 |

CHAMPION MORTGAGE, a division of Key Bank, USA NA,

By Its Attorney:

*Edward P. McCarthy*
EDWARD P. McCARTHY
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
(508) 907-6444 x. 207

UNITED STATES OF AMERICA,

By Its Attorney:

*Lydia Bottome Turanchik*
LYDIA BOTTOME TURANCHIK
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6560

IT IS SO ORDERED.

*May 9, 2005*
DATE

*William G. Young*
HONORABLE WILLIAM G. YOUNG
U.S. District Court